B1 (Official Form 1) (1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Cronin, Terrance** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Cronin, Mariola** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**Ideal Home Mortgage** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **2202** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **9663** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**1 Pine Tree Ct**<br>**Elmhurst, IL**<br>ZIPCODE **60126-5234** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**1 Pine Tree Ct**<br>**Elmhurst, IL**<br>ZIPCODE **60126-5234** |
| County of Residence or of the Principal Place of Business:<br>**DuPage** | County of Residence or of the Principal Place of Business:<br>**DuPage** |
| Mailing Address of Debtor (if different from street address)<br><br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br><br>ZIPCODE | |

**Type of Debtor**
(Form of Organization)
(Check **one** box.)

- ☑ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check **one** box.)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.)

- ☑ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- ☑ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

**Check one box:**
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- ☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,190,000.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Check all applicable boxes:**
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (1/08)

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Cronin, Terrance & Cronin, Mariola** |
|---|---|

<table>
<tr><td colspan="3" align="center"><strong>Prior Bankruptcy Case Filed Within Last 8 Years</strong> (If more than two, attach additional sheet)</td></tr>
<tr><td>Location<br>Where Filed:<strong>None</strong></td><td>Case Number:</td><td>Date Filed:</td></tr>
<tr><td>Location<br>Where Filed:</td><td>Case Number:</td><td>Date Filed:</td></tr>
</table>

<table>
<tr><td colspan="3" align="center"><strong>Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor</strong> (If more than one, attach additional sheet)</td></tr>
<tr><td>Name of Debtor:<br><strong>None</strong></td><td>Case Number:</td><td>Date Filed:</td></tr>
<tr><td>District:</td><td>Relationship:</td><td>Judge:</td></tr>
</table>

<table>
<tr>
<td>

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

</td>
<td>

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.

X */s/ Nicolette Robovsky*                          1/26/09
  Signature of Attorney for Debtor(s)                    Date

</td>
</tr>
</table>

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☑ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord or lessor that obtained judgment)

_____

(Address of landlord or lessor)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (1/08)                                                                                        Page 3

## Voluntary Petition
*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Cronin, Terrance & Cronin, Mariola**

### Signatures

| | |
|---|---|
| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Terrance Cronin**

Signature of Debtor                                      **Terrance Cronin**

X **/s/ Mariola Cronin**

Signature of Joint Debtor                               **Mariola Cronin**

Telephone Number (If not represented by attorney)

**January 26, 2009**

Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____

Signature of Foreign Representative

_____

Printed Name of Foreign Representative

_____

Date

---

**Signature of Attorney***

X  **/s/ Nicolette Robovsky**

Signature of Attorney for Debtor(s)

**Nicolette Robovsky 6278336**
**Gleason & Gleason**
**77 W Washington, Ste 1218**
**Chicago, IL  60602**
**(312) 578-9530  Fax: (312) 578-9524**

**January 26, 2009**

Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Petition Preparer**

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____

Printed Name and title, if any,  of Bankruptcy Petition Preparer

_____

Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____

Address

X _____

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

_____

Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____

Signature of Authorized Individual

_____

Printed Name of Authorized Individual

_____

Title of Authorized Individual

_____

Date

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B201 (12/08)

UNITED STATES BANKRUPTCY COURT

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days before the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B201                                                                                                              Page 2

1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time.  You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13, you must file with the court  a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors.  The court must approve your plan before it can take effect.

3. After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)
Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)
Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

### 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both.  All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition.  Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of [Non-Attorney] Bankruptcy Petition Preparer
I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

<table>
<tr><td>Printed Name and title, if any, of Bankruptcy Petition Preparer<br>Address:<br><br>_____<br><br>_____<br><br><br>**X** _____<br>Signature of Bankruptcy Petition Preparer of officer, principal, responsible person, or partner whose Social Security number is provided above.</td><td>Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person, or partner of the bankruptcy petition preparer.)<br>(Required by 11 U.S.C. § 110.)</td></tr>
</table>

### Certificate of the Debtor
I (We), the debtor(s), affirm that I (we) have received and read this notice.

| Cronin, Terrance & Cronin, Mariola | **X** /s/ Terrance Cronin | 1/26/2009 |
|---|---|---|
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |
| | | |
| Case No. (if known) _____ | **X** /s/ Mariola Cronin | 1/26/2009 |
| | Signature of Joint Debtor (if any) | Date |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6A (Official Form 6A) (12/07)

IN RE **Cronin, Terrance & Cronin, Mariola**                    Case No. _____
_____                                    _____
Debtor(s)                                                              (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **Commercial:  4890 Butterfield Rd, Hillside, IL**<br>**Sold to unknown buyer on land contract.  Is to receive $2100 per month for next year and half.  has to pay mortgage for building out of this.** | | J | 0.00 | 137,512.00 |
| **Rental:  811 W Eastwood, Unit 101**<br>**Chicago, IL** | | J | 170,000.00 | 163,603.00 |
| **Rental:  811 W Eastwood, Unit 104**<br>**Chicago, IL** | | J | 170,000.00 | 181,991.00 |
| **Residence at:**<br>**1 Pine Tree Ct**<br>**Elmhurst, IL  60126-5234** | | J | 300,000.00 | 293,705.00 |
| | | **TOTAL** | **640,000.00** | |

(Report also on Summary of Schedules)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07)

IN RE **Cronin, Terrance & Cronin, Mariola**                    Case No. _____
_____
Debtor(s)                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | **Cash on Hand** | | 50.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **CD** | W | 10,000.00 |
| | | **Checking account with Harris Bank** | | 100.00 |
| | | **Checking account with TCF Bank** | J | 100.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | | **Household goods, including but not limited to: TVs, chairs, tables, sofas, bedroom furniture, some kitchen appliances.** | | 2,500.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Books, Pictures, and other art objects, antiques, stamp, coin, record, tape, compact disc, and other colletions or collectibles** | | 250.00 |
| 6. Wearing apparel. | | **Used Clothing** | | 250.00 |
| 7. Furs and jewelry. | | **Misc Costume Jewelry** | | 250.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Term life through Transamerica - no cash value** | | 0.00 |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **401(k) with current employer - 100% Exempt** | W | 100.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE **Cronin, Terrance & Cronin, Mariola**                    Case No. _____
_____                                        _____
Debtor(s)                                                                                    (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1998 Jeep Cherokee** | J | **3,500.00** |
| | | **2005 BMW 325i** | J | **15,000.00** |
| | | **2005 Mini Cooper** | J | **10,000.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |

B6B (Official Form 6B) (12/07) – Cont.

IN RE **Cronin, Terrance & Cronin, Mariola**
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | TOTAL | 42,100.00 |

_____ **0** continuation sheets attached

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6C (Official Form 6C) (12/07)

IN RE **Cronin, Terrance & Cronin, Mariola**                    Case No. _____
_____
Debtor(s)                                                    (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:        ☐ Check if debtor claims a homestead exemption that exceeds $136,875.
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE A - REAL PROPERTY** | | | |
| **Residence at:**<br>**1 Pine Tree Ct**<br>**Elmhurst, IL  60126-5234** | **735 ILCS 5 §12-901** | **30,000.00** | **300,000.00** |
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **Cash on Hand** | **735 ILCS 5 §12-1001(b)** | **50.00** | **50.00** |
| **CD** | **735 ILCS 5 §12-1001(b)** | **4,000.00** | **10,000.00** |
| **Checking account with Harris Bank** | **735 ILCS 5 §12-1001(b)** | **100.00** | **100.00** |
| **Checking account with TCF Bank** | **735 ILCS 5 §12-1001(b)** | **100.00** | **100.00** |
| **Household goods, including but not limited to: TVs, chairs, tables, sofas, bedroom furniture, some kitchen appliances.** | **735 ILCS 5 §12-1001(b)** | **2,500.00** | **2,500.00** |
| **Books, Pictures, and other art objects, antiques, stamp, coin, record, tape, compact disc, and other colletions or collectibles** | **735 ILCS 5 §12-1001(a)** | **250.00** | **250.00** |
| **Used Clothing** | **735 ILCS 5 §12-1001(a)** | **200.00** | **250.00** |
| **Misc Costume Jewelry** | **735 ILCS 5 §12-1001(b)** | **250.00** | **250.00** |
| **401(k) with current employer - 100% Exempt** | **735 ILCS 5 §12-1006(a)** | **100.00** | **100.00** |
| **1998 Jeep Cherokee** | **735 ILCS 5 §12-1001(b)** | **1,000.00** | **3,500.00** |
| **2005 BMW 325i** | **735 ILCS 5 §12-1001(c)** | **2,400.00** | **15,000.00** |
| **2005 Mini Cooper** | **735 ILCS 5 §12-1001(c)** | **2,400.00** | **10,000.00** |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07)

IN RE **Cronin, Terrance & Cronin, Mariola**
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1081090000000001** <br><br>**Amr Eagle Bk** <br>**556 Randall Rd** <br>**South Elgin, IL  60177-3315** | | H | **Installment account opened 10/05.  PMSI in 2005 BMWci** <br><br><br> VALUE $ **15,000.00** | | | | **20,031.00** | **5,031.00** |
| ACCOUNT NO. **2004779417** <br><br>**Citimortgage Inc** <br>**Dept 0251** <br>**Gaithersburg, MD  20898-9438** | | W | **Mortgage account opened 9/07.  Secured by rental at 811 W Eastwood, Unit 101, Chicago, IL** <br><br> VALUE $ **170,000.00** | | | | **181,991.00** | **11,991.00** |
| ACCOUNT NO. **2004298285** <br><br>**Citimortgage Inc** <br>**Dept 0251** <br>**Gaithersburg, MD  20898-9438** | | W | **Mortgage account opened 4/07.  Secured by rental property at 811 W Eastwood, Unit 104, Chicago, IL** <br><br> VALUE $ **170,000.00** | | | | **163,603.00** | |
| ACCOUNT NO. **129342933** <br><br>**Countrywide Home Loans** <br>**450 American Way** <br>**Simi Valley, CA  93065-6285** | | H | **2nd Mortgage account opened 4/06.  Secured by Residence at:  1 Pine Tree Ct, Elmhurst, IL  60126-5234** <br><br> VALUE $ **300,000.00** | | | | **32,105.00** | |

___**1**___ continuation sheets attached

Subtotal (Total of this page) $ **397,730.00** $ **17,022.00**

Total (Use only on last page) $ _____ $ _____

(Report also on Summary of Schedules.)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07) – Cont.

IN RE **Cronin, Terrance & Cronin, Mariola**                Case No. _____
_____
Debtor(s)                                                                (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **50007053** <br><br>**Delaware Place Bank** <br>**190 E Delaware Pl** <br>**Chicago, IL  60611-1813** | | W | **Installment account opened 9/08.  PMSI in 2005 Mini Cooper** <br><br><br>VALUE $ **10,000.00** | | | | **19,801.00** | **9,801.00** |
| ACCOUNT NO. **2715000706** <br><br>**Inland Bank** <br>**1120 S Old Rand Rd** <br>**Lake Zurich, IL  60047-8110** | | H | **Installment account opened 7/06. Secured by commercial property at 4840 Butterfield Road, Hillside, IL** <br><br>VALUE $ | | | | **137,512.00** | **137,512.00** |
| ACCOUNT NO. 5156800049231 <br><br>**Us Bank Home Mortgage** <br>**PO Box 20005** <br>**Owensboro, KY  42304-0005** | | H | **First Mortgage account opened 4/06. Secured by Residence at: 1 Pine Tree Ct, Elmhurst, IL  60126-5234** <br><br>VALUE $ **300,000.00** | | | | **261,600.00** | |
| ACCOUNT NO. <br><br><br> | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO. <br><br><br> | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO. <br><br><br> | | | <br><br>VALUE $ | | | | | |

Sheet no. _____ **1** of _____ **1** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal (Total of this page) | $ **418,913.00** | $ **147,313.00** |
|---|---|---|---|
|  | Total (Use only on last page) | $ **816,643.00** | $ **164,335.00** |
|  |  | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6E (Official Form 6E) (12/07)**

IN RE **Cronin, Terrance & Cronin, Mariola**                                      Case No. _____
_____
Debtor(s)                                                                          (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____  **0** continuation sheets attached

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

IN RE **Cronin, Terrance & Cronin, Mariola**                    Case No. _____
_____
          Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **92159-74506** <br><br>**A Barrett Berley, DDS** <br>**1S132 Summit Ave Ste 201** <br>**Oakbrook Terrace, IL  60181-3940** | | J | **Medical or Dental Bill** | | | | **2,327.00** |
| ACCOUNT NO. <br><br>**Professional Collection Service** <br>**PO Box 76** <br>**Freeport, IL  61032-0076** | | | **Assignee or other notification for: A Barrett Berley, DDS** | | | | |
| ACCOUNT NO. **3499908845534233** <br><br>**American Express** <br>**PO Box 297871** <br>**Fort Lauderdale, FL  33329-7871** | | W | **Revolving account opened 5/01** | | | | **3,134.00** |
| ACCOUNT NO. <br><br>**Becket And Lee** <br>**PO Box 3001** <br>**Malvern, PA  19355-0701** | | | **Assignee or other notification for: American Express** | | | | |

|  |  |
|---|---|
| ___**6** continuation sheets attached | Subtotal <br>(Total of this page) $ **5,461.00** |
| | Total <br>(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Cronin, Terrance & Cronin, Mariola**                    Case No. _____
<u>Debtor(s)</u>                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **43384554**<br>**Arrow Financial Servic**<br>**5996 W Touhy Ave**<br>**Niles, IL  60714-4610** | | H | **Open account opened 8/08** | | | | **1,409.00** |
| ACCOUNT NO.<br>**GE Money Bank**<br>**PO Box 981127**<br>**El Paso, TX  79998-1127** | | | **Assignee or other notification for:**<br>**Arrow Financial Servic** | | | | |
| ACCOUNT NO. **4937**<br>**Bank Of America**<br>**Pob 17054**<br>**Wilmington, DE  19884-0001** | | W | **Revolving account opened 3/01** | | | | **6,099.00** |
| ACCOUNT NO. **8997**<br>**Bank Of America**<br>**4060 Ogletown/Stan**<br>**Newark, DE  19713** | | W | **Revolving account opened 10/00** | | | | **5,078.00** |
| ACCOUNT NO. **4000536401**<br>**Bmw Financial Services**<br>**PO Box 3608**<br>**Dublin, OH  43016-0306** | | J | **Collections** | | | | **3,293.00** |
| ACCOUNT NO. **400344262386**<br>**Capital One**<br>**PO Box 30281**<br>**Salt Lake City, UT  84130-0281** | | H | **Revolving account opened 11/05** | | | | **22,621.00** |
| ACCOUNT NO.<br>**First Source LLC**<br>**205 Bryant Woods S**<br>**Amherst, NY  14228-3609** | | | **Assignee or other notification for:**<br>**Capital One** | | | | |

Sheet no. **1** of **6** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ | **38,500.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Cronin, Terrance & Cronin, Mariola                                                 Case No. _____
_____
Debtor(s)                                                                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **TSYS Debt Management <br> PO Box 5155 <br> Norcross, GA 30091-5155** | | | **Assignee or other notification for: <br> Capital One** | | | | |
| ACCOUNT NO. **426684108082** <br> **Chase <br> Bank One Card Serv <br> Westerville, OH 43081** | | H | **Revolving account opened 6/05** | | | | **1,740.00** |
| ACCOUNT NO. <br> **Chase <br> PO Box 15145 <br> Wilmington, DE 19850-5145** | | | **Assignee or other notification for: <br> Chase** | | | | |
| ACCOUNT NO. **426684101659** <br> **Chase <br> Bank One Card Serv <br> Westerville, OH 43081** | | W | **Revolving account opened 10/04** | | | | **6,332.00** |
| ACCOUNT NO. <br> **Mann Bracken, LLC <br> 2727 Paces Ferry Road <br> One Paces West, Ste 1400 <br> Atlanta, GA 30339** | | | **Assignee or other notification for: <br> Chase** | | | | |
| ACCOUNT NO. **464018203472** <br> **Chase <br> Bank One Card Serv <br> Westerville, OH 43081** | | H | **Revolving account opened 2/07** | | | | **5,913.00** |
| ACCOUNT NO. **464018202692** <br> **Chase <br> Bank One Card Serv <br> Westerville, OH 43081** | | W | **Revolving account opened 8/06** | | | | **1,299.00** |

Sheet no. **2** of **6** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **15,284.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Cronin, Terrance & Cronin, Mariola** _____     Case No. _____
                               Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **cron000001** <br><br> **Drs Wilson, Jacobs, & Wlodarek** <br> **675 W North Ave Ste 608** <br> **Melrose Park, IL  60160-1634** | | J | Medical or Dental Bills | | | | 175.00 |
| ACCOUNT NO. **1672110, 4791802** <br><br> **Elmhurst Clinic** <br> **1200 S York Rd** <br> **Elmhurst, IL  60126-5626** | | J | Medical or Dental Bills | | | | 597.00 |
| ACCOUNT NO. <br><br> **Pellettieri & Associates, LTD** <br> **PO Box 536** <br> **Linden, MI  48451-0536** | | | Assignee or other notification for: <br> Elmhurst Clinic | | | | |
| ACCOUNT NO. **17503** <br><br> **Elmhurst Clinic** <br> **75 Remittance Dr, Ste 2153** <br> **Chicago, IL  60675-1001** | | J | Medical or Dental Bills | | | | 533.00 |
| ACCOUNT NO. **00369340** <br><br> **Elmhurst Emergency Medical Clinic** <br> **PO Box 366** <br> **Hinsdale, IL  60522-0366** | | J | Medical or Dental Bill | | | | 44.00 |
| ACCOUNT NO. **4720825, 4756779** <br><br> **Elmhurst Hospital** <br> **200 Berteau Ave** <br> **Elmhurst, IL  60126-2966** | | J | Medical or Dental Bills | | | | 500.00 |
| ACCOUNT NO. <br><br> **Miramed Revenue Group** <br> **Dept 77304** <br> **PO Box 77000** <br> **Detroit, MI  48277-2000** | | | Assignee or other notification for: <br> Elmhurst Hospital | | | | |

Sheet no. **3** of **6** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **1,849.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Cronin, Terrance & Cronin, Mariola**                    Case No. _____
_____
                    Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **e00002022048** <br> **Elmhurst Memorial Healthcare** <br> **PO Box 92348** <br> **Chicago, IL  60675-2348** | | J | **Medical or Dental Bill** | | | | **967.00** |
| ACCOUNT NO. **e00002136901** <br> **Elmhurst Memorial Hospital** <br> **75 Remittance Dr,s Te 6383** <br> **Chicago, IL  60675-6383** | | J | **Medical or Dental Bill** | | | | **537.00** |
| ACCOUNT NO. **a461001349108** <br> **Elmhurst Radiologists** <br> **PO Box 1035** <br> **Bedford Park, IL  60499-1035** | | J | **Medical or Dental Bill** | | | | **631.00** |
| ACCOUNT NO. **wsfc1032** <br> **Fiserv/ Crd-Star** <br> **C/O Friedman And Wexler** <br> **500 W Madison St Ste 2910** <br> **Chicago, IL  60661-4571** | | J | **Collections** | | | | **2,274.00** |
| ACCOUNT NO. **521884000161** <br> **Gemb/dicks Spt Gds Pl** <br> **PO Box 981474** <br> **El Paso, TX  79998-1474** | | W | **Revolving account opened 8/08** | | | | **15.00** |
| ACCOUNT NO. **7816756** <br> **Kca Financial Svcs** <br> **628 North St** <br> **Geneva, IL  60134-1356** | | W | **Open account opened 6/06** | | | | **205.00** |
| ACCOUNT NO. <br> **Wellington Radiology** <br> **836 W Wellington Ave** <br> **Chicago, IL  60657-5147** | | | **Assignee or other notification for:** <br> **Kca Financial Svcs** | | | | |

Sheet no. __**4**__ of __**6**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **4,629.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Cronin, Terrance & Cronin, Mariola**                    Case No. _____

    Debtor(s)                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **315258723-bp** <br> **Mcleod USA** <br> **C/O RMS** <br> **PO Box 523** <br> **Richfield, OH  44286-0523** | | J | Collections | | | | 416.00 |
| ACCOUNT NO. **15034538** <br> **Medicredit Corporation** <br> **For West Regional MRI** <br> **1801 California Ave** <br> **Corona, CA  92881-7251** | | H | Open account opened 3/08 | | | | 307.00 |
| ACCOUNT NO. <br> **West Regional Mri Lp/ Oak B** | | | Assignee or other notification for: <br> Medicredit Corporation | | | | |
| ACCOUNT NO. **204-005558** <br> **Metro Paramedics** <br> **PO Box 1408** <br> **Elmhurst, IL  60126-8408** | | J | Medical or Dental Bill | | | | 613.00 |
| ACCOUNT NO. **503351140** <br> **RH Donnelley** <br> **McCarthy, Burgess & Wolff** <br> **26000 Cannon Rd** <br> **Bedford, OH  44146-1807** | | J | Collections | | | | 5,671.97 |
| ACCOUNT NO. **431oU-7017010366** <br> **Suburban Bank And Trust** <br> **Accounty Operations** <br> **372 N Wood Dale Rd** <br> **Wood Dale, IL  60191-1532** | | J | Collections | | | | 1,256.00 |
| ACCOUNT NO. <br> **Transworld Systems** <br> **25 NW Point Blvd Ste 750** <br> **Elk Grove Village, IL  60007-1058** | | | Assignee or other notification for: <br> Suburban Bank And Trust | | | | |

Sheet no. **5** of **6** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **8,263.97**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Cronin, Terrance & Cronin, Mariola**                    Case No. _____
_____
Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **6035320177104831**<br><br>**Thd/cbsd**<br>**PO Box 6497**<br>**Sioux Falls, SD  57117** | | J | Revolving account opened 9/04 | | | | 833.00 |
| ACCOUNT NO. **70400462535340001**<br><br>**Toyota Motor Credit**<br>**Address Not Available**<br>**Atlanta, GA  30309** | | H | Installment account opened 2/04 | | | | 1,489.00 |
| ACCOUNT NO. **crote000**<br><br>**West Regional MRI**<br>**C/O JJ Mac Intyre Co, Inc**<br>**1801 California Ave**<br>**Corona, CA  92881-7251** | | J | Medical or Dental Bill | | | | 308.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. _____**6**___ of ___**6**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $ **2,630.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $ **76,616.97**

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6I (Official Form 6I) (12/07)

**IN RE** Cronin, Terrance & Cronin, Mariola                                    Case No. _____
_____
Debtor(s)                                                                    (If known)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on From 22A, 22B, or 22C.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| **Married** | RELATIONSHIP(S): **Son** | | AGE(S): **18** |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Mortgage Consultants** | **Nuclear Medicine Technician** |
| Name of Employer | **Residential Loan Centers** | **Illinois Masonic Hospital** |
| How long employed | **11 years** | **14 years** |
| Address of Employer | **Des Plaines, IL** | **Chicago, IL** |

**INCOME:** (Estimate of average or projected monthly income at time case filed)

|  | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Current monthly gross wages, salary, and commissions (prorate if not paid monthly) | $ | 800.00 | $ | 6,914.01 |
| 2. Estimated monthly overtime | $ | | $ | |
| **3. SUBTOTAL** | $ | 800.00 | $ | 6,914.01 |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and Social Security | $ | 200.00 | $ | 1,368.16 |
| b. Insurance | $ | | $ | 227.76 |
| c. Union dues | $ | | $ | |
| d. Other (specify)   **Vision** | $ | | $ | 14.32 |
|                         **Parking** | $ | | $ | 51.46 |
| **5. SUBTOTAL OF PAYROLL DEDUCTIONS** | $ | 200.00 | $ | 1,661.70 |
| **6. TOTAL NET MONTHLY TAKE HOME PAY** | $ | 600.00 | $ | 5,252.31 |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ | | $ | |
| 8. Income from real property | $ | 2,518.00 | $ | 374.00 |
| 9. Interest and dividends | $ | | $ | |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | | $ | |
| 11. Social Security or other government assistance (Specify) _____ | $ | | $ | |
|  _____ | $ | | $ | |
| 12. Pension or retirement income | $ | | $ | |
| 13. Other monthly income (Specify) _____ | $ | | $ | |
|  _____ | $ | | $ | |
|  _____ | $ | | $ | |
| **14. SUBTOTAL OF LINES 7 THROUGH 13** | $ | 2,518.00 | $ | 374.00 |
| **15. AVERAGE MONTHLY INCOME** (Add amounts shown on lines 6 and 14) | $ | 3,118.00 | $ | 5,626.31 |

**16. COMBINED AVERAGE MONTHLY INCOME**: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15)
$ _____ 8,744.31

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None**

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6J (Official Form 6J) (12/07)

IN RE **Cronin, Terrance & Cronin, Mariola**                              Case No. _____
_____
Debtor(s)                                                                      (If known)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 1,608.00 |
|    a. Are real estate taxes included?    Yes ✓  No ____ | |
|    b. Is property insurance included?   Yes ✓  No ____ | |
| 2. Utilities: | |
|    a. Electricity and heating fuel | $ 400.00 |
|    b. Water and sewer | $ 100.00 |
|    c. Telephone | $ |
|    d. Other  **Cell Phones** | $ 185.00 |
|       **Cable, Internt And Phone** | $ 175.00 |
| 3. Home maintenance (repairs and upkeep) | $ 80.00 |
| 4. Food | $ 450.00 |
| 5. Clothing | $ 150.00 |
| 6. Laundry and dry cleaning | $ 70.00 |
| 7. Medical and dental expenses | $ 500.00 |
| 8. Transportation (not including car payments) | $ 300.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 50.00 |
| 10. Charitable contributions | $ |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|    a. Homeowner's or renter's | $ |
|    b. Life | $ 163.00 |
|    c. Health | $ |
|    d. Auto | $ 250.00 |
|    e. Other  **Insurance On Commercial Property** | $ 220.67 |
| | $ |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
|    (Specify) _____ | $ |
| | $ |
| 13. Installment payments: (in chapter 11, 12 and 13 cases, do not list payments to be included in the plan) | |
|    a. Auto | $ |
|    b. Other  **2nd Mortgage On Residence** | $ 240.00 |
|       **Mortgage For Commercial** | $ 2,121.00 |
| 14. Alimony, maintenance, and support paid to others | $ |
| 15. Payments for support of additional dependents not living at your home | $ |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ |
| 17. Other  **Business Expenses** | $ 1,875.00 |
| | $ |
| | $ |

**18. AVERAGE MONTHLY EXPENSES** (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.     $ **8,937.67**

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:
**None**

**20. STATEMENT OF MONTHLY NET INCOME**

| | |
|---|---:|
|    a. Average monthly income from Line 15 of Schedule I | $ 8,744.31 |
|    b. Average monthly expenses from Line 18 above | $ 8,937.67 |
|    c. Monthly net income (a. minus b.) | $ -193.36 |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE Cronin, Terrance & Cronin, Mariola                                          Case No. _____
_____
              Debtor(s)                                                              (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **21** sheets, and that they are true and correct to the best of my knowledge, information, and belief.


Date: **January 26, 2009** _____    Signature: **/s/ Terrance Cronin** _____
                                                   **Terrance Cronin**                          Debtor

Date: **January 26, 2009** _____    Signature: **/s/ Mariola Cronin** _____
                                                   **Mariola Cronin**                    (Joint Debtor, if any)
                                                   [If joint case, both spouses must sign.]

_____

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____    _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer    Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
_____
Address

_____    _____
Signature of Bankruptcy Petition Preparer    Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

_____

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.


Date: _____    Signature: _____

                                    _____
                                    (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B7 (Official Form 7) (12/07)

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                          Case No. _____

Cronin, Terrance & Cronin, Mariola                             Chapter **7** _____
_____
                    Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

**1. Income from employment or operation of business**

None ☐    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 110,527.00 | 2006 Income from employment (joint) |
| 78,224.00 | 2007 Income from employment (joint) |
| 6,900.00 | 2008 Income from employment (monthly) (wife) |
| 800.00 | 2008 Income from employment (monthly) (husband) |
| 24,800.00 | 2006 Income from rents |
| 36,197.00 | 2007 Income from rents |
| 44,360.00 | 2008 Income from rents |

**2. Income other than from employment or operation of business**

None ☐    State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 8,500.00 | 2007 Income from settlement from car accident |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**3. Payments to creditors**

*Complete a. or b., as appropriate, and c.*

☐　　*a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Delaware Place Bank** | **Last 3 months** | **1,188.00** | **19,801.00** |
| **American Eagle Bank** | **Last 3 months** | **1,188.00** | **20,031.00** |
| **Us Bank**<br>**PO Box 5229**<br>**Cincinnati, OH  45201-5229** | **Last 3 months** | **4,824.00** | **261,000.00** |
| **Countrywide Home Loans**<br>**PO Box 5170**<br>**Simi Valley, CA  93062-5170** | **Last 3 months** | **720.00** | **32,105.00** |
| **Citimortgage Inc**<br>**PO Box 9438**<br>**Gaithersburg, MD  20898-9438** | **Last 3 months** | **3,999.00** | **163,603.00** |
| **Citimortgage Inc**<br>**PO Box 9438**<br>**Gaithersburg, MD  20898-9438** | **Last 3 months** | **4,332.00** | **181,991.00** |

None ☑　　*b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑　　*c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☑　　a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑　　b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**5. Repossessions, foreclosures and returns**

None ☑　　List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**6. Assignments and receiverships**

None ☑　　a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑　　b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**7. Gifts**

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**8. Losses**

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Gleason & Gleason**<br>**77 W Washington, Ste 1218**<br>**Chicago, IL  60602** | **11/07/2008** | **676.00** |

**10. Other transfers**

None ☐ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Unknown Buyer** | **March 2008** | **2005 Buick Century.  Car in accident.** |

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

**11. Closed financial accounts**

None ☑ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**12. Safe deposit boxes**

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☑ List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None ☐ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **907 Hillcrest Dr, Elmhurst, IL** | **Terrance Cronin** | |
| **5300 Lovejoy, Chicago, IL** | **Mariola Cronin** | |

### 16. Spouses and Former Spouses

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

### 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

### 18. Nature, location and name of business

None ☐ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Ideal Home Mortgage, Inc** | **36-4414655** | | **Real Estate** | **Jan 2001 - June 2007** |

None ☐ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|
| **Ideal Home Mortgage, Inc** | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None ☑ a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

None ☐ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Richard K Johnson & Associates** | **2001 - 2007** |
| **1 South, 443 Summit** | |
| **Oak Brook Terrace, IL** | |

None ☑ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

None ☑ d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of the case by the debtor.

### 20. Inventories

None ☑ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None ☑ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

### 21. Current Partners, Officers, Directors and Shareholders

None ☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☑ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

### 22. Former partners, officers, directors and shareholders

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

None ☑ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

### 23. Withdrawals from a partnership or distributions by a corporation

None ☑ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

### 24. Tax Consolidation Group

None ☑ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

### 25. Pension Funds.

None ☑ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.


Date: **January 26, 2009**            Signature  ***/s/ Terrance Cronin***
                                       of Debtor                                        **Terrance Cronin**

Date: **January 26, 2009**            Signature  ***/s/ Mariola Cronin***
                                       of Joint Debtor                                  **Mariola Cronin**
                                       (if any)

_____ **0** continuation pages attached


*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Summary (Form 6 - Summary) (12/07)

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                            Case No. _____

**Cronin, Terrance & Cronin, Mariola**              Chapter **7** _____
               Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 640,000.00 | | |
| B - Personal Property | Yes | 3 | $ 42,100.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $ 816,643.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 7 | | $ 76,616.97 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $ 8,744.31 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $ 8,937.67 |
| TOTAL | | 19 | $ 682,100.00 | $ 893,259.97 | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                                 Case No. _____

Cronin, Terrance & Cronin, Mariola _____    Chapter **7** _____
                              Debtor(s)

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | | Amount |
|---|---|---|
| Domestic Support Obligations (from Schedule E) | $ | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ | 0.00 |
| Student Loan Obligations (from Schedule F) | $ | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ | 0.00 |
| **TOTAL** | $ | **0.00** |

**State the following:**

| | | |
|---|---|---|
| Average Income (from Schedule I, Line 16) | $ | 8,744.31 |
| Average Expenses (from Schedule J, Line 18) | $ | 8,937.67 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ | 11,157.68 |

**State the following:**

| | | | | |
|---|---|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | | $ | 164,335.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | 0.00 | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | | $ | 0.00 |
| 4. Total from Schedule F | | | $ | 76,616.97 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | | $ | 240,951.97 |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1D (Official Form 1, Exhibit D) (12/08)

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                                        Case No. _____

**Cronin, Terrance**                                                          Chapter **7** _____
_____
                    Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE
## WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

  ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

  ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

  ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

I certify under penalty of perjury that the information provided above is true and correct.


Signature of Debtor: **/s/ Terrance Cronin** _____

Date: **January 26, 2009** _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1D (Official Form 1, Exhibit D) (12/08)

## United States Bankruptcy Court
## Northern District of Illinois

IN RE:                                                          Case No. _____

**Cronin, Mariola**                                            Chapter **7** _____
Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE
## WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

  ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

  ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

  ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

I certify under penalty of perjury that the information provided above is true and correct.


Signature of Debtor: **/s/ Mariola Cronin** _____

Date: **January 26, 2009** _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B8 (Official Form 8) (12/08)

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                                    Case No. _____

Cronin, Terrance & Cronin, Mariola                        Chapter **7** _____
_____
Debtor(s)

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. (*Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.*)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**Amr Eagle Bk** | **Describe Property Securing Debt:**<br>**2005 BMW 325i** |

Property will be (*check one*):
☐ Surrendered  ☑ Retained

If retaining the property, I intend to (*check at least one*):
☐ Redeem the property
☑ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (*check one*):
☑ Claimed as exempt  ☐ Not claimed as exempt

| Property No. 2 (if necessary) | |
|---|---|
| **Creditor's Name:**<br>**Citimortgage Inc** | **Describe Property Securing Debt:**<br>**Rental:  811 W Eastwood, Unit 104** |

Property will be (*check one*):
☑ Surrendered  ☐ Retained

If retaining the property, I intend to (*check at least one*):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (*check one*):
☐ Claimed as exempt  ☑ Not claimed as exempt

**PART B** – Personal property subject to unexpired leases. (*All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.*)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**Joe Evans** | **Describe Leased Property:**<br>**Land contract on 4840 Butterfield Rd,**<br>**Hillside, IL (commercial p** | Lease will be assumed pursuant to<br>11 U.S.C. § 365(p)(2):<br>☐ Yes ☑ No |

| Property No. 2 (if necessary) | | |
|---|---|---|
| **Lessor's Name:**<br>**Chris** | **Describe Leased Property:**<br>**Residential ease.  Debtor is landlord.** | Lease will be assumed pursuant to<br>11 U.S.C. § 365(p)(2):<br>☐ Yes ☑ No |

____**2** continuation sheets attached (*if any*)

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: _____**January 26, 2009**_____            ***/s/ Terrance Cronin***_____
                                                                    Signature of Debtor

                                                                    ***/s/ Mariola Cronin***_____
                                                                    Signature of Joint Debtor

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B8 (Official Form 8) (12/08)

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
### *(Continuation Sheet)*

**PART A** – Continuation

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**Citimortgage Inc** | **Describe Property Securing Debt:**<br>**Rental: 811 W Eastwood, Unit 101** |

Property will be *(check one)*:
- [x] Surrendered  [ ] Retained

If retaining the property, I intend to *(check at least one)*:
- [ ] Redeem the property
- [ ] Reaffirm the debt
- [ ] Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
- [ ] Claimed as exempt  [x] Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>**Countrywide Home Loans** | **Describe Property Securing Debt:**<br>**Residence at:** |

Property will be *(check one)*:
- [ ] Surrendered  [x] Retained

If retaining the property, I intend to *(check at least one)*:
- [ ] Redeem the property
- [x] Reaffirm the debt
- [ ] Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
- [x] Claimed as exempt  [ ] Not claimed as exempt

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br>**Delaware Place Bank** | **Describe Property Securing Debt:**<br>**2005 Mini Cooper** |

Property will be *(check one)*:
- [ ] Surrendered  [x] Retained

If retaining the property, I intend to *(check at least one)*:
- [ ] Redeem the property
- [x] Reaffirm the debt
- [ ] Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
- [x] Claimed as exempt  [ ] Not claimed as exempt

**PART B** – Continuation

| Property No. 3 | | |
|---|---|---|
| **Lessor's Name:**<br>**Bill Costos** | **Describe Leased Property:**<br>**Residential lease. Debtor is landlord.** | Lease will be assumed pursuant to<br>11 U.S.C. § 365(p)(2):<br>[ ] Yes [x] No |

| Property No. | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to<br>11 U.S.C. § 365(p)(2):<br>[ ] Yes [ ] No |

Continuation sheet __1__ of __2__

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B8 (Official Form 8) (12/08)**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
### *(Continuation Sheet)*

**PART A** – Continuation

| Property No. 6 | |
|---|---|
| **Creditor's Name:**<br>**Inland Bank** | **Describe Property Securing Debt:**<br>**Commercial:  4890 Butterfield Rd, Hillside, IL** |

Property will be *(check one)*:
☐ Surrendered   ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☑ Reaffirm the debt
☐ Other. Explain _____   (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt   ☑ Not claimed as exempt

| Property No. 7 | |
|---|---|
| **Creditor's Name:**<br>**Us Bank Home Mortgage** | **Describe Property Securing Debt:**<br>**Residence at:** |

Property will be *(check one)*:
☐ Surrendered   ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☑ Reaffirm the debt
☐ Other. Explain _____   (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☑ Claimed as exempt   ☐ Not claimed as exempt

| Property No. | |
|---|---|
| **Creditor's Name:** | **Describe Property Securing Debt:** |

Property will be *(check one)*:
☐ Surrendered   ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____   (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt   ☐ Not claimed as exempt

**PART B** – Continuation

| Property No. | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes ☐ No |

| Property No. | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes ☐ No |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                            Case No. _____

Cronin, Terrance & Cronin, Mariola _____    Chapter **7** _____
                         Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors _____ **44**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: **January 26, 2009** _____    */s/ Terrance Cronin* _____
                                              Debtor


                                              */s/ Mariola Cronin* _____
                                              Joint Debtor

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Cronin, Terrance**
**1 Pine Tree Ct**
**Elmhurst, IL  60126-5234**

**Bmw Financial Services**
**PO Box 3608**
**Dublin, OH  43016-0306**

**Elmhurst Emergency Medical Clinic**
**PO Box 366**
**Hinsdale, IL  60522-0366**

**Cronin, Mariola**
**1 Pine Tree Ct**
**Elmhurst, IL  60126-5234**

**Capital One**
**PO Box 30281**
**Salt Lake City, UT  84130-0281**

**Elmhurst Hospital**
**200 Berteau Ave**
**Elmhurst, IL  60126-2966**

**Gleason & Gleason**
**77 W Washington, Ste 1218**
**Chicago, IL  60602**

**Chase**
**Bank One Card Serv**
**Westerville, OH  43081**

**Elmhurst Memorial Healthcare**
**PO Box 92348**
**Chicago, IL  60675-2348**

**A Barrett Berley, DDS**
**1S132 Summit Ave Ste 201**
**Oakbrook Terrace, IL  60181-3940**

**Chase**
**PO Box 15145**
**Wilmington, DE  19850-5145**

**Elmhurst Memorial Hospital**
**75 Remittance Dr,s Te 6383**
**Chicago, IL  60675-6383**

**American Express**
**PO Box 297871**
**Fort Lauderdale, FL  33329-7871**

**Citimortgage Inc**
**Dept 0251**
**Gaithersburg, MD  20898-9438**

**Elmhurst Radiologists**
**PO Box 1035**
**Bedford Park, IL  60499-1035**

**Amr Eagle Bk**
**556 Randall Rd**
**South Elgin, IL  60177-3315**

**Countrywide Home Loans**
**450 American Way**
**Simi Valley, CA  93065-6285**

**First Source LLC**
**205 Bryant Woods S**
**Amherst, NY  14228-3609**

**Arrow Financial Servic**
**5996 W Touhy Ave**
**Niles, IL  60714-4610**

**Delaware Place Bank**
**190 E Delaware Pl**
**Chicago, IL  60611-1813**

**Fiserv/ Crd-Star**
**C/O Friedman And Wexler**
**500 W Madison St Ste 2910**
**Chicago, IL  60661-4571**

**Bank Of America**
**Pob 17054**
**Wilmington, DE  19884-0001**

**Drs Wilson, Jacobs, & Wlodarek**
**675 W North Ave Ste 608**
**Melrose Park, IL  60160-1634**

**GE Money Bank**
**PO Box 981127**
**El Paso, TX  79998-1127**

**Bank Of America**
**4060 Ogletown/Stan**
**Newark, DE  19713**

**Elmhurst Clinic**
**1200 S York Rd**
**Elmhurst, IL  60126-5626**

**Gemb/dicks Spt Gds Pl**
**PO Box 981474**
**El Paso, TX  79998-1474**

**Becket And Lee**
**PO Box 3001**
**Malvern, PA  19355-0701**

**Elmhurst Clinic**
**75 Remittance Dr, Ste 2153**
**Chicago, IL  60675-1001**

**Inland Bank**
**1120 S Old Rand Rd**
**Lake Zurich, IL  60047-8110**

Kca Financial Svcs
628 North St
Geneva, IL  60134-1356

Thd/cbsd
PO Box 6497
Sioux Falls, SD  57117

Mann Bracken, LLC
2727 Paces Ferry Road
One Paces West, Ste 1400
Atlanta, GA  30339

Toyota Motor Credit
Address Not Available
Atlanta, GA  30309

Mcleod USA
C/O RMS
PO Box 523
Richfield, OH  44286-0523

Transworld Systems
25 NW Point Blvd Ste 750
Elk Grove Village, IL  60007-1058

Medicredit Corporation
For West Regional MRI
1801 California Ave
Corona, CA  92881-7251

TSYS Debt Management
PO Box 5155
Norcross, GA  30091-5155

Metro Paramedics
PO Box 1408
Elmhurst, IL  60126-8408

Us Bank Home Mortgage
PO Box 20005
Owensboro, KY  42304-0005

Miramed Revenue Group
Dept 77304
PO Box 77000
Detroit, MI  48277-2000

Wellington Radiology
836 W Wellington Ave
Chicago, IL  60657-5147

Pellettieri & Associates, LTD
PO Box 536
Linden, MI  48451-0536

West Regional MRI
C/O JJ Mac Intyre Co, Inc
1801 California Ave
Corona, CA  92881-7251

Professional Collection Service
PO Box 76
Freeport, IL  61032-0076

RH Donnelley
McCarthy, Burgess & Wolff
26000 Cannon Rd
Bedford, OH  44146-1807

Suburban Bank And Trust
Accounty Operations
372 N Wood Dale Rd
Wood Dale, IL  60191-1532

**Form 1040**  Department of the Treasury — Internal Revenue Service

**U.S. Individual Income Tax Return**  **2007**  IRS Use Only — Do not write or staple in this space.

OMB No. 1545-0074

For the year Jan 1 - Dec 31, 2007, or other tax year beginning _____ , 2007, ending _____ , 20 _____

**Label** (See instructions.)

**Use the IRS label. Otherwise, please print or type.**

Your first name: TERRANCE    MI    Last name: CRONIN

If a joint return, spouse's first name: MARIOLA    MI    Last name: CRONIN

Home address (number and street). If you have a P.O. box, see instructions.  Apartment no.
1 PINE TREE COURT

City, town or post office. If you have a foreign address, see instructions.   State   ZIP code
ELMHURST, IL 60126

Your social security number: 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
Spouse's social security number: 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

You **must** enter your social security number(s) above. ▲ ▲

Checking a box below will not change your tax or refund.

**Presidential Election Campaign** ► Check here if you, or your spouse if filing jointly, want $3 to go to this fund? (see instructions) ............ □ You □ Spouse

**Filing Status**

Check only one box.

- 1 □ Single
- 2 ☒ Married filing jointly (even if only one had income)
- 3 □ Married filing separately. Enter spouse's SSN above & full name here ►
- 4 □ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here ►
- 5 □ Qualifying widow(er) with dependent child (see instructions)

**Exemptions**

- 6a ☒ **Yourself.** If someone can claim you as a dependent, **do not** check box 6a.............
- b ☒ **Spouse** ............................................................

| c Dependents: (1) First name  Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see instrs) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

If more than four dependents, see instructions.

Boxes checked on 6a and 6b ... **2**

No. of children on 6c who:
- lived with you ....
- did not live with you due to divorce or separation (see instrs) ...
- Dependents on 6c not entered above ...

Add numbers on lines above ... ► **2**

- d Total number of exemptions claimed ........................................................ **2**

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| | | |
|---|---|---|
| 7 Wages, salaries, tips, etc. Attach Form(s) W-2 ............................ | 7 | 78,224. |
| 8a Taxable interest. Attach Schedule B if required .......................... | 8a | |
| b Tax-exempt interest. **Do not** include on line 8a........... 8b | | |
| 9a Ordinary dividends. Attach Schedule B if required ........................ | 9a | |
| b Qualified dividends (see instrs)............... 9b | | |
| 10 Taxable refunds, credits, or offsets of state and local income taxes (see instructions) .......... | 10 | 156. |
| 11 Alimony received........................................................... | 11 | |
| 12 Business income or (loss). Attach Schedule C or C-EZ..................... □ | 12 | |
| 13 Capital gain or (loss). Att Sch D if reqd. If not reqd, ck here ► □ | 13 | |
| 14 Other gains or (losses). Attach Form 4797 ............................... | 14 | |
| 15a IRA distributions...... 15a | b Taxable amount (see instrs). | 15b | |
| 16a Pensions and annuities... 16a | b Taxable amount (see instrs). | 16b | |
| 17 Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E.... | 17 | -54,902. |
| 18 Farm income or (loss). Attach Schedule F................................. | 18 | |
| 19 Unemployment compensation.............................................. | 19 | |
| 20a Social security benefits.... 20a | b Taxable amount (see instrs). | 20b | |
| 21 Other income ............................................................. | 21 | |
| 22 Add the amounts in the far right column for lines 7 through 21. This is your **total income**.... | 22 | 23,478. |

**Adjusted Gross Income**

| | | |
|---|---|---|
| 23 Educator expenses (see instructions)........................ 23 | | |
| 24 Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ........ 24 | | |
| 25 Health savings account deduction. Attach Form 8889........... 25 | | |
| 26 Moving expenses. Attach Form 3903......................... 26 | | |
| 27 One-half of self-employment tax. Attach Schedule SE...... 27 | | |
| 28 Self-employed SEP, SIMPLE, and qualified plans........... 28 | | |
| 29 Self-employed health insurance deduction (see instructions)...... 29 | | |
| 30 Penalty on early withdrawal of savings.................... 30 | | |
| 31a Alimony paid  b Recipient's SSN... ► 31a | | |
| 32 IRA deduction (see instructions)........................... 32 | | |
| 33 Student loan interest deduction (see instructions)........ 33 | | |
| 34 Tuition and fees deduction. Attach Form 8917............. 34 | | |
| 35 Domestic production activities deduction. Attach Form 8903...... 35 | | |
| 36 Add lines 23 - 31a and 32 - 35........................................ | 36 | 0. |
| 37 Subtract line 36 from line 22. This is your **adjusted gross income** ............... | 37 | 23,478. |

**BAA For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.**   FDIA0112L  12/06/07   Form **1040** (2007)

Form **1040** (2007)   TERRANCE AND MARIOLA CRONIN                      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            Page **2**

| | | | |
|---|---|---|---|
| **Tax and Credits** | 38 Amount from line 37 (adjusted gross income) | 38 | 23,478. |
| | 39a Check if: ☐ **You** were born before January 2, 1943, ☐ Blind. **Total boxes** ☐ **Spouse** was born before January 2, 1943, ☐ Blind. **checked ▶** 39a | | |
| **Standard Deduction for –** | **b** If your spouse itemizes on a separate return, or you were a dual-status alien, see instrs and ck here ▶ 39b ☐ | | |
| ● People who checked any box on line 39a or 39b **or** who can be claimed as a dependent, see instructions. | 40 Itemized deductions (from Schedule A) or your standard deduction (see left margin) | 40 | 26,190. |
| | 41 Subtract line 40 from line 38 | 41 | -2,712. |
| | 42 If line 38 is $117,300 or less, multiply $3,400 by the total number of exemptions claimed on line 6d. If line 38 is over $117,300, see the instructions | 42 | 6,800. |
| | 43 **Taxable income.** Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 43 | 0. |
| ● All others: | 44 **Tax** (see instrs). Check if any tax is from: **a** ☐ Form(s) 8814  **b** ☐ Form 4972 **c** ☐ Form(s) 8889 | 44 | 0. |
| Single or Married filing separately, $5,350 | 45 **Alternative minimum tax** (see instructions). Attach Form 6251 | 45 | 0. |
| Married filing jointly or Qualifying widow(er), $10,700 | 46 Add lines 44 and 45 | 46 | 0. |
| | 47 Credit for child and dependent care expenses. Attach Form 2441 | 47 | |
| | 48 Credit for the elderly or the disabled. Attach Schedule R | 48 | |
| Head of household, $7,850 | 49 Education credits. Attach Form 8863 | 49 | |
| | 50 Residential energy credits. Attach Form 5695 | 50 | |
| | 51 Foreign tax credit. Attach Form 1116 if required | 51 | |
| | 52 Child tax credit (see instructions). Attach Form 8901 if required | 52 | |
| | 53 Retirement savings contributions credit. Attach Form 8880 | 53 | |
| | 54 Credits from: **a** ☐ Form 8396 **b** ☐ Form 8859 **c** ☐ Form 8839 | 54 | |
| | 55 Other credits: **a** ☐ Form 3800 **b** ☐ Form 8801 **c** ☐ Form | 55 | |
| | 56 Add lines 47 through 55. These are your **total credits** | 56 | |
| | 57 Subtract line 56 from line 46. If line 56 is more than line 46, enter -0- ▶ | 57 | 0. |
| **Other Taxes** | 58 Self-employment tax. Attach Schedule SE | 58 | |
| | 59 Unreported social security and Medicare tax from: **a** ☐ Form 4137 **b** ☐ Form 8919 | 59 | |
| | 60 Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 60 | |
| | 61 Advance earned income credit payments from Form(s) W-2, box 9 | 61 | |
| | 62 Household employment taxes. Attach Schedule H | 62 | |
| | 63 Add lines 57-62. This is your **total tax** ▶ | 63 | 0. |
| **Payments** | 64 Federal income tax withheld from Forms W-2 and 1099 ... 64 | 8,999. | |
| If you have a qualifying child, attach Schedule EIC. | 65 2007 estimated tax payments and amount applied from 2006 return ... 65 | 1,395. | |
| | 66a **Earned income credit (EIC)** 66a | | |
| | **b** Nontaxable combat pay election ▶ 66b | | |
| | 67 Excess social security and tier 1 RRTA tax withheld (see instructions) 67 | | |
| | 68 Additional child tax credit. Attach Form 8812 68 | | |
| | 69 Amount paid with request for extension to file (see instructions) 69 | | |
| | 70 Payments from: **a** ☐ Form 2439 **b** ☐ Form 4136 **c** ☐ Form 8885 70 | | |
| | 71 Refundable credit for prior year minimum tax from Form 8801, line 27 71 | | |
| | 72 Add lines 64, 65, 66a, and 67 through 71. These are your **total payments** ▶ | 72 | 10,394. |
| **Refund** | 73 If line 72 is more than line 63, subtract line 63 from line 72. This is the amount you overpaid | 73 | 10,394. |
| Direct deposit? See instructions and fill in 74b, 74c, and 74d or Form 8888. | 74a Amount of line 73 you want **refunded to you.** If Form 8888 is attached, check here ▶ ☐ | 74a | 10,394. |
| | ▶ **b** Routing number 071924513  ▶ **c** Type: ☒ Checking ☐ Savings | | |
| | ▶ **d** Account number 7017010366 | | |
| | 75 Amount of line 73 you want applied to your 2008 estimated tax ▶ 75 | | |
| **Amount You Owe** | 76 Amount you owe. Subtract line 72 from line 63. For details on how to pay, see instructions ▶ | 76 | |
| | 77 Estimated tax penalty (see instructions) 77 | | |

**Third Party Designee**
Do you want to allow another person to discuss this return with the IRS (see instructions)?  ☒ **Yes.** Complete the following. ☐ **No**
Designee's name ▶ PREPARER    Phone no. ▶    Personal identification number (PIN) ▶

**Sign Here**
Joint return? See instructions.
Keep a copy for your records.
Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature ▶   Date   Your occupation   MORTGAGE CONSULTAN   Daytime phone number

Spouse's signature. If a joint return, **both** must sign. ▶   Date   Spouse's occupation   NUCLEAR MEDICAL TE

**Paid Preparer's Use Only**
Preparer's signature ▶   Date 2/12/08   Check if self-employed ☐   Preparer's SSN or PTIN P00175489
Firm's name (or yours if self-employed), address, and ZIP code ▶ JACOBS & JOHNSON LTD.
1611 W. BELMONT AVENUE
CHICAGO, IL 60657
EIN 36-4326682
Phone no. (773) 528-6668

FDIA0112L  12/06/07                                Form **1040** (2007)

| SCHEDULE A<br>(Form 1040)<br><br>Department of the Treasury<br>Internal Revenue Service | Itemized Deductions<br>► Attach to Form 1040.<br>► See Instructions for Schedule A (Form 1040). | OMB No. 1545-0074<br>**2007**<br>Attachment<br>Sequence No.  **07** |
|---|---|---|

Name(s) shown on Form 1040: TERRANCE AND MARIOLA CRONIN       Your social security number: 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

| | | | | |
|---|---|---|---:|---:|
| **Medical and Dental Expenses** | **Caution.** Do not include expenses reimbursed or paid by others. | | | |
| | 1 Medical and dental expenses (see instructions)........STATEMENT .2 | **1** | 5,392. | |
| | 2 Enter amount from Form 1040, line 38 ..... **2** | 23,478. | | |
| | 3 Multiply line 2 by 7.5% (.075)......................... | **3** | 1,761. | |
| | 4 Subtract line 3 from line 1. If line 3 is more than line 1, enter -0-..................... | | **4** | 3,631. |
| **Taxes You Paid**<br><br><br><br>(See instructions.) | 5 State and local (check only one box): | | | |
| | a [X] Income taxes, **or** | **5** | 2,272. | |
| | b [ ] General sales taxes. | | | |
| | 6 Real estate taxes (see instructions)...................... | **6** | 3,020. | |
| | 7 Personal property taxes................................. | **7** | | |
| | 8 Other taxes. List type and amount ► _ _ _ _ _ _ _ _ _ _ | **8** | | |
| | 9 Add lines 5 through 8.................................. | | **9** | 5,292. |
| **Interest You Paid**<br><br><br><br><br><br>**Note.**<br>**Personal interest is not deductible.** | 10 Home mtg interest and points reported to you on Form 1098..... SEE .ST .3 | **10** | 15,369. | |
| | 11 Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see instructions and show that person's name, identifying number, and address ►<br>_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _<br>_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _<br>_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _<br>_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | **11** | | |
| | 12 Points not reported to you on Form 1098. See instrs for spcl rules... | **12** | | |
| | 13 Qualified mortgage insurance premiums (see instructions)...... | **13** | | |
| | 14 Investment interest. Attach Form 4952 if required.<br>(See instrs.).............................. | **14** | | |
| | 15 Add lines 10 through 14............................... | | **15** | 15,369. |
| **Gifts to Charity**<br><br>If you made a gift and got a benefit for it, see instructions. | 16 Gifts by cash or check. If you made any gift of $250 or more, see instrs ....................SEE .STATEMENT .4 | **16** | 1,598. | |
| | 17 Other than by cash or check. If any gift of $250 or more, see instructions. You **must** attach Form 8283 if over $500 ........................SEE .STATEMENT .5 | **17** | 300. | |
| | 18 Carryover from prior year............................. | **18** | | |
| | 19 Add lines 16 through 18............................... | | **19** | 1,898. |
| **Casualty and Theft Losses** | 20 Casualty or theft loss(es). Attach Form 4684. (See instructions.) | | **20** | 0. |
| **Job Expenses and Certain Miscellaneous Deductions**<br><br><br>(See instructions.) | 21 Unreimbursed employee expenses — job travel, union dues, job education, etc. Attach Form 2106 or 2106-EZ if required. (See instructions.) ►<br>UNIFORMS & SHOES _ _ _ _ _ _ _ _ _ _ 413. | **21** | 413. | |
| | 22 Tax preparation fees................................. | **22** | | |
| | 23 Other expenses — investment, safe deposit box, etc. List type and amount ► _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | **23** | | |
| | 24 Add lines 21 through 23.............................. | **24** | 413. | |
| | 25 Enter amount from Form 1040, line 38 .... **25** | 23,478. | | |
| | 26 Multiply line 25 by 2% (.02)........................... | **26** | 470. | |
| | 27 Subtract line 26 from line 24. If line 26 is more than line 24, enter -0-..................... | | **27** | 0. |
| **Other Miscellaneous Deductions** | 28 Other — from list in the instructions. List type and amount ► _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | **28** | 0. |
| **Total Itemized Deductions** | 29 Is Form 1040, line 38, over $156,400 (over $78,200 if married filing separately)?<br>[X] **No.** Your deduction is not limited. Add the amounts in the far right column for lines 4 through 28. Also, enter this amount on Form 1040, line 40.<br>[ ] **Yes.** Your deduction may be limited. See instructions for the amount to enter. | ► | **29** | 26,190. |
| | 30 If you elect to itemize deductions even though they are less than your standard deduction, check here ► [ ] | | | |

**BAA For Paperwork Reduction Act Notice, see Form 1040 instructions.**       FDIA0301L  11/07/07       Schedule A (Form 1040) 2007

**SCHEDULE E**
(Form 1040)

Department of the Treasury
Internal Revenue Service

**Supplemental Income and Loss**
(From rental real estate, royalties, partnerships,
S corporations, estates, trusts, REMICs, etc)
► Attach to Form 1040, 1040NR, or Form 1041.
► See Instructions for Schedule E (Form 1040).

OMB No. 1545-0074

**2007**

Attachment
Sequence No. **13**

Name(s) shown on return: TERRANCE AND MARIOLA CRONIN

Your social security number: 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

**Part I** Income or Loss From Rental Real Estate and Royalties  Note. If you are in the business of renting personal property, use Schedule C or C-EZ (see instructions). If you are an individual, report farm rental income or loss from Form 4835 on page 2, line 40.

| 1 | List the type and location of each **rental real estate property:** | 2 | For each rental real estate property listed on line 1, did you or your family use it during the tax year for personal purposes for more than the greater of: | Yes | No |
|---|---|---|---|---|---|
| A | COMMERCIAL RENTAL 4840 BUTTERFIELD RD, HILLSIDE, IL | | ● 14 days, or | A | X |
| B | RESIDENTIAL RENTAL 811 W EASTWOOD, UNIT 104 | | ● 10% of the total days rented at fair rental value? | B | X |
| C | RESIDENTIAL RENTAL 811 W EASTWOOD UNIT 101 | | (See instructions.) | C | X |

| Income: | | | Properties | | | Totals |
|---|---|---|---|---|---|---|
| | | | A | B | C | (Add columns A, B, and C.) |
| 3 | Rents received | 3 | 17,947. | 7,525. | 10,725. | 3 | 36,197. |
| 4 | Royalties received | 4 | | | | 4 | |
| **Expenses:** | | | | | | |
| 5 | Advertising | 5 | | 1,075. | 975. | |
| 6 | Auto and travel (see instructions) | 6 | | | | |
| 7 | Cleaning and maintenance | 7 | | | | |
| 8 | Commissions | 8 | | | | |
| 9 | Insurance | 9 | 780. | | | |
| 10 | Legal and other professional fees | 10 | 365. | | | |
| 11 | Management fees | 11 | | | | |
| 12 | Mortgage interest paid to banks, etc (see instructions) | 12 | 11,286. | 7,694. | 8,579. | 12 | 27,559. |
| 13 | Other interest | 13 | | | | |
| 14 | Repairs | 14 | 587. | | 219. | |
| 15 | Supplies | 15 | | | | |
| 16 | Taxes | 16 | 13,182. | 2,191. | 2,191. | |
| 17 | Utilities | 17 | | 225. | 193. | |
| 18 | Other (list) ► ASSOCIATION DUES MISCELLANEOUS PLUMBING AND ELECTRICAL QUAL. MTG. INS. PREMIUMS SNOW PLOWING | 18 | 195. 450. | 2,200. | 2,200. 750. 489. | |
| 19 | Add lines 5 through 18 | 19 | 26,845. | 13,385. | 15,596. | 19 | 55,826. |
| 20 | Depreciation expense or depletion (see instructions) | 20 | 4,074. | 5,757. | 6,726. | 20 | 16,557. |
| 21 | Total expenses. Add lines 19 and 20 | 21 | 30,919. | 19,142. | 22,322. | |
| 22 | Income or (loss) from rental real estate or royalty properties. Subtract line 21 from line 3 (rents) or line 4 (royalties). If the result is a (loss), see instructions to find out if you must file Form 6198 | 22 | -12,972. | -11,617. | -11,597. | |
| 23 | Deductible rental real estate loss. Caution. Your rental real estate loss on line 22 may be limited. See instructions to find out if you must file Form 8582. Real estate professionals must complete line 43 on page 2 | 23 | -12,972. | -11,617. | -11,597. | |
| 24 | Income. Add positive amounts shown on line 22. **Do not include any losses** | | | | 24 | |
| 25 | Losses. Add royalty losses from line 22 and rental real estate losses from line 23. Enter total losses here | | | | 25 | -36,186. |
| 26 | Total rental real estate and royalty income or (loss). Combine lines 24 and 25. Enter the result here. If Parts II, III, IV, and line 40 on page 2 do not apply to you, also enter this amount on Form 1040, line 17, or Form 1040NR, line 18. Otherwise, include this amount in the total on line 41 on page 2 | | | | 26 | -36,186. |

BAA  For Paperwork Reduction Act Notice, see instructions.  FDIZ2301L  11/07/07

Schedule E (Form 1040) 2007

Schedule **E** (Form 1040) 2007

Attachment Sequence No. **13**

Page **2**

Name(s) shown on return. Do not enter name and social security number if shown on Page 1.

TERRANCE AND MARIOLA CRONIN

**Your social security number**

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

**Caution:** The IRS compares amounts reported on your tax return with amounts shown on Schedule(s) K-1.

## Part II  Income or Loss From Partnerships and S Corporations

**Note.** If you report a loss from an at-risk activity for which **any** amount is **not** at risk, you **must** check the box in column **(e)** on line 28 and attach **Form 6198.** See instructions.

27  Are you reporting any loss not allowed in a prior year due to the at-risk or basis limitations, a prior year unallowed loss from a passive activity (if that loss was not reported on Form 8582), or unreimbursed partnership expenses? ...  [X] **Yes**   [ ] **No**

If you answered 'Yes,' see instructions before completing this section.

| 28 | (a) Name | (b) Enter P for partnership; S for S corporation | (c) Check if foreign partnership | (d) Employer identification number | (e) Check if any amount is not at risk |
|---|---|---|---|---|---|
| A | IDEAL HOME MORTGAGE, INC | S | | 36-4414655 | |
| B | PYA: BASIS CARRYOVER | S | | 36-4414655 | |
| C | | | | | |
| D | | | | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | | |
|---|---|---|---|---|---|
| | (f) Passive loss allowed (attach Form 8582 if required) | (g) Passive income from Schedule K-1 | (h) Nonpassive loss from Schedule K-1 | (i) Section 179 expense deduction from Form 4562 | (j) Nonpassive income from Schedule K-1 |
| A | | | 11,879. | | |
| B | | | 6,837. | | |
| C | | | | | |
| D | | | | | |
| 29a Totals ............. | | | | | |
| b Totals ............. | | | 18,716. | | |

| 30 | Add columns (g) and (j) of line 29a ........................................................ | 30 | |
|---|---|---|---|
| 31 | Add columns (f), (h), and (i) of line 29b ........................... SEE STATEMENT 6 | 31 | -18,716. |
| 32 | **Total partnership and S corporation income or (loss).** Combine lines 30 and 31. Enter the result here and include in the total on line 41 below ......................................... | 32 | -18,716. |

## Part III  Income or Loss From Estates and Trusts

| 33 | (a) Name | (b) Employer ID no. |
|---|---|---|
| A | | |
| B | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | |
|---|---|---|---|---|
| | (c) Passive deduction or loss allowed (attach Form 8582 if required) | (d) Passive income from Schedule K-1 | (e) Deduction or loss from Schedule K-1 | (f) Other income from Schedule K-1 |
| A | | | | |
| B | | | | |
| 34a Totals ............. | | | | |
| b Totals ............. | | | | |

| 35 | Add columns (d) and (f) of line 34a ........................................................ | 35 | |
|---|---|---|---|
| 36 | Add columns (c) and (e) of line 34b ........................................................ | 36 | |
| 37 | **Total estate and trust income or (loss).** Combine lines 35 and 36. Enter the result here and include in the total on line 41 below ...................................... | 37 | |

## Part IV  Income or Loss From Real Estate Mortgage Investment Conduits (REMICs) — Residual Holder

| 38 | (a) Name | (b) Employer identification number | (c) Excess inclusion from Schedules Q, line 2c (see instructions) | (d) Taxable income (net loss) from Schedules Q, line 1b | (e) Income from Schedules Q, line 3b |
|---|---|---|---|---|---|
| | | | | | |

| 39 | Combine columns (d) and (e) only. Enter the result here and include in the total on line 41 below .... | 39 | |
|---|---|---|---|

## Part V  Summary

| 40 | Net farm rental income or (loss) from **Form 4835.** Also, complete line 42 below ..................... | 40 | |
|---|---|---|---|
| 41 | **Total income or (loss).** Combine lines 26, 32, 37, 39, and 40. Enter the result here and on Form 1040, line 17, or Form 1040NR, line 18 ............................................... ▶ | 41 | -54,902. |
| 42 | **Reconciliation of farming and fishing income.** Enter your gross farming and fishing income reported on Form 4835, line 7; Schedule K-1 (Form 1065), box 14, code B; Schedule K-1 (Form 1120S), box 17, code T; and Schedule K-1 (Form 1041), line 14, code F (see instructions) ...................... | 42 | |
| 43 | **Reconciliation for real estate professionals.** If you were a real estate professional (see instructions), enter the net income or (loss) you reported anywhere on Form 1040 or Form 1040NR from all rental real estate activities in which you materially participated under the passive activity loss rules ........ | 43 | |

BAA                    FDIZ2302L  06/11/07                    Schedule **E** (Form 1040) 2007

Form **4952**

Department of the Treasury
Internal Revenue Service

**Investment Interest Expense Deduction**

► Attach to your tax return.

OMB No. 1545-0191

**2007**

Attachment
Sequence No. **51**

| Name(s) shown on return | Identifying number |
|---|---|
| TERRANCE AND MARIOLA CRONIN | 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 |

**Part I    Total Investment Interest Expense**

| | | | |
|---|---|---|---|
| 1 | Investment interest expense paid or accrued in 2007 (see instructions) | 1 | |
| 2 | Disallowed investment interest expense from 2006 Form 4952, line 7 | 2 | 20,803. |
| 3 | **Total investment interest expense.** Add lines 1 and 2 | 3 | 20,803. |

**Part II    Net Investment Income**

| | | | | |
|---|---|---|---|---|
| 4a | Gross income from property held for investment (excluding any net gain from the disposition of property held for investment) | 4a | | |
| b | Qualified dividends included on line 4a | 4b | | |
| c | Subtract line 4b from line 4a | | 4c | |
| d | Net gain from the disposition of property held for investment | 4d | | |
| e | Enter the **smaller** of line 4d or your net capital gain from the disposition of property held for investment (see instructions) | 4e | | |
| f | Subtract line 4e from line 4d | | 4f | |
| g | Enter the amount from lines 4b and 4e that you elect to include in investment income (see instructions) | | 4g | |
| h | Investment income. Add lines 4c, 4f, and 4g | | 4h | 0. |
| 5 | Investment expenses (see instructions) | | 5 | |
| 6 | **Net investment income.** Subtract line 5 from line 4h. If zero or less, enter -0- | | 6 | 0. |

**Part III    Investment Interest Expense Deduction**

| | | | |
|---|---|---|---|
| 7 | Disallowed investment interest expense to be carried forward to 2008. Subtract line 6 from line 3. If zero or less, enter -0- | 7 | 20,803. |
| 8 | **Investment interest expense deduction.** Enter the **smaller** of line 3 or 6. See instructions | 8 | 0. |

**BAA  For Paperwork Reduction Act Notice, see separate instructions.**

Form **4952** (2007)

FDIZ1201L  10/16/07

| Form **4562** | | **Depreciation and Amortization** (Including Information on Listed Property) | | OMB No. 1545-0172 |
|---|---|---|---|---|
| Department of the Treasury Internal Revenue Service | | ► See separate instructions.    ► Attach to your tax return. | | **2007** Attachment Sequence No. **67** |

Name(s) shown on return: **TERRANCE AND MARIOLA CRONIN**

Identifying number: **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**

Business or activity to which this form relates: SCHEDULE E (RENTAL) - RESIDENTIAL RENTAL

**Part I**  **Election To Expense Certain Property Under Section 179**
Note: *If you have any listed property, complete Part V before you complete Part I.*

| | | | |
|---|---|---|---|
| 1 | Maximum amount. See the instructions for a higher limit for certain businesses | 1 | $125,000. |
| 2 | Total cost of section 179 property placed in service (see instructions) | 2 | |
| 3 | Threshold cost of section 179 property before reduction in limitation | 3 | $500,000. |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | 4 | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | 5 | |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost | |
|---|---|---|---|---|
| | | | | |
| | | | | |

| | | | |
|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 | 7 | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | 8 | |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | 9 | |
| 10 | Carryover of disallowed deduction from line 13 of your 2006 Form 4562 | 10 | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 (see instrs) | 11 | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 | 12 | |
| 13 | Carryover of disallowed deduction to 2008. Add lines 9 and 10, less line 12  ► | 13 | |

Note: *Do not use Part II or Part III below for listed property. Instead, use Part V.*

**Part II**  **Special Depreciation Allowance and Other Depreciation** (Do not include listed property.) (See instructions.)

| | | | |
|---|---|---|---|
| 14 | Special allowance for qualified New York Liberty or Gulf Opportunity Zone property (other than listed property) and cellulosic biomass ethanol plant property placed in service during the tax year (see instructions) | 14 | |
| 15 | Property subject to section 168(f)(1) election | 15 | |
| 16 | Other depreciation (including ACRS) | 16 | |

**Part III**  **MACRS Depreciation** (Do not include listed property.) (See instructions)

**Section A**

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2007 | 17 | 4,181. |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here. ► ☐ | | |

**Section B — Assets Placed in Service During 2007 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only — see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a 3-year property | | | | | | |
| b 5-year property | | | | | | |
| c 7-year property | | | | | | |
| d 10-year property | | | | | | |
| e 15-year property | | | | | | |
| f 20-year property | | | | | | |
| g 25-year property | | | 25 yrs | | S/L | |
| h Residential rental property | VARIOUS | 45,234. | 27.5 yrs | MM | S/L | 1,576. |
| | | | 27.5 yrs | MM | S/L | |
| i Nonresidential real property | | | 39 yrs | MM | S/L | |
| | | | | MM | S/L | |

**Section C — Assets Placed in Service During 2007 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a Class life | | | | | S/L | |
| b 12-year | | | 12 yrs | | S/L | |
| c 40-year | | | 40 yrs | MM | S/L | |

**Part IV**  **Summary** (see instructions)

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 | 21 | |
| 22 | Total. Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations — see instructions | 22 | 5,757. |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | 23 | |

BAA **For Paperwork Reduction Act Notice, see separate instructions.**          FDIZ0812L 10/05/07          Form **4562** (2007)

Form **4562**

Department of the Treasury
Internal Revenue Service

**Depreciation and Amortization**
(Including Information on Listed Property)

► See separate instructions.   ► Attach to your tax return.

OMB No. 1545-0172

**2007**

Attachment
Sequence No. **67**

Name(s) shown on return
TERRANCE AND MARIOLA CRONIN

Identifying number
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

Business or activity to which this form relates
SCHEDULE E (RENTAL) - RESIDENTIAL RENTAL

**Part I   Election To Expense Certain Property Under Section 179**
Note: *If you have any listed property, complete Part V before you complete Part I.*

| | | |
|---|---|---|
| 1 Maximum amount. See the instructions for a higher limit for certain businesses. | 1 | $125,000. |
| 2 Total cost of section 179 property placed in service (see instructions) | 2 | |
| 3 Threshold cost of section 179 property before reduction in limitation | 3 | $500,000. |
| 4 Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | 4 | |
| 5 Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | 5 | |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost | |
|---|---|---|---|---|
| | | | | |
| | | | | |

| | | |
|---|---|---|
| 7 Listed property. Enter the amount from line 29 | 7 | |
| 8 Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | 8 | |
| 9 Tentative deduction. Enter the **smaller** of line 5 or line 8 | 9 | |
| 10 Carryover of disallowed deduction from line 13 of your 2006 Form 4562 | 10 | |
| 11 Business income limitation. Enter the smaller of business income (not less than zero) or line 5 (see instrs) | 11 | |
| 12 Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 | 12 | |
| 13 Carryover of disallowed deduction to 2008. Add lines 9 and 10, less line 12 ..... ► | 13 | |

Note: *Do not use Part II or Part III below for listed property. Instead, use Part V.*

**Part II   Special Depreciation Allowance and Other Depreciation (Do not include listed property.) (See instructions.)**

| | | |
|---|---|---|
| 14 Special allowance for qualified New York Liberty or Gulf Opportunity Zone property (other than listed property) and cellulosic biomass ethanol plant property placed in service during the tax year (see instructions) | 14 | |
| 15 Property subject to section 168(f)(1) election | 15 | |
| 16 Other depreciation (including ACRS) | 16 | |

**Part III   MACRS Depreciation (Do not include listed property.) (See instructions)**

**Section A**

| | | |
|---|---|---|
| 17 MACRS deductions for assets placed in service in tax years beginning before 2007 | 17 | 5,272. |
| 18 If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here ....... ► | | |

**Section B — Assets Placed in Service During 2007 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only — see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a 3-year property | | | | | | |
| b 5-year property | | | | | | |
| c 7-year property | | | | | | |
| d 10-year property | | | | | | |
| e 15-year property | | | | | | |
| f 20-year property | | | | | | |
| g 25-year property | | | 25 yrs | | S/L | |
| h Residential rental property | VARIOUS | 41,714. | 27.5 yrs | MM | S/L | 1,454. |
| | | | 27.5 yrs | MM | S/L | |
| i Nonresidential real property | | | 39 yrs | MM | S/L | |
| | | | | MM | S/L | |

**Section C — Assets Placed in Service During 2007 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a Class life | | | | | S/L | |
| b 12-year | | | 12 yrs | | S/L | |
| c 40-year | | | 40 yrs | MM | S/L | |

**Part IV   Summary (see instructions)**

| | | |
|---|---|---|
| 21 Listed property. Enter amount from line 28 | 21 | |
| 22 **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations — see instructions | 22 | 6,726. |
| 23 For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | 23 | |

BAA For Paperwork Reduction Act Notice, see separate instructions.    FDIZ0812L  10/05/07    Form **4562** (2007)

| 2007 | FEDERAL STATEMENTS | PAGE 1 |
|------|--------------------|--------|
| CLIENT 963 | TERRANCE AND MARIOLA CRONIN | 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 |
| 2/12/08 | | 01:28PM |

**STATEMENT 1**
**FORM 1040**
**WAGE SCHEDULE**

| TAXPAYER - EMPLOYER | WAGES | FEDERAL W/H | FICA | MEDI-CARE | STATE W/H | LOCAL W/H |
|---------------------|-------|-------------|------|-----------|-----------|-----------|
| IDEAL HOME MORTGAGE, INC | 5,200. | 956. | 322. | 75. | 141. | |
| TOTAL | 5,200. | 956. | 322. | 75. | 141. | 0. |

| SPOUSE - EMPLOYER | WAGES | FEDERAL W/H | FICA | MEDI-CARE | STATE W/H | LOCAL W/H |
|-------------------|-------|-------------|------|-----------|-----------|-----------|
| ADVOCATE NORTHSIDE HEALTH SYS | 73,024. | 8,043. | 4,827. | 1,129. | 2,131. | |
| TOTAL | 73,024. | 8,043. | 4,827. | 1,129. | 2,131. | 0. |
| GRAND TOTAL | 78,224. | 8,999. | 5,149. | 1,204. | 2,272. | 0. |

**STATEMENT 2**
**SCHEDULE A, LINE 1**
**MEDICAL AND DENTAL EXPENSES**

| | | |
|---|---|---|
| DOCTORS, DENTISTS, AND NURSES | $ | 1,974. |
| PRESCRIPTION MEDICINES AND DRUGS | | 3,418. |
| TOTAL | $ | 5,392. |

**STATEMENT 3**
**SCHEDULE A, LINE 10**
**HOME MORTGAGE INTEREST REPORTED ON FORM 1098**

| | | |
|---|---|---|
| | $ | 15,369. |
| TOTAL | $ | 15,369. |

**STATEMENT 4**
**SCHEDULE A, LINE 16**
**CONTRIBUTIONS BY CASH OR CHECK**

| | | |
|---|---|---|
| CHARITABLE CONTRIBUTIONS FROM K-1 | $ | 698. |
| CHURCH | | 900. |
| TOTAL | $ | 1,598. |

| 2007 | FEDERAL STATEMENTS | PAGE 2 |
|------|--------------------|--------|
| CLIENT 963 | TERRANCE AND MARIOLA CRONIN | 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 |

2/12/08                                                                01:28PM

**STATEMENT 5**
**SCHEDULE A, LINE 17**
**CONTRIBUTIONS OTHER THAN CASH**

AMVETS .................................................................... $           300.
                                                    TOTAL $           300.

| 2007 | FEDERAL STATEMENTS | PAGE 3 |
|---|---|---|
| CLIENT 963 | TERRANCE AND MARIOLA CRONIN | 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 |
| 2/12/08 | | 01.28PM |

**STATEMENT 6**
**SCHEDULE E, LINE 31**
**BASIS LIMITATION**
**ACTIVITY NAME: IDEAL HOME MORTGAGE, INC**

| | |
|---|---|
| STOCK BASIS AT BEGINNING OF YEAR | 69,899. |
| ADDITIONAL AMOUNTS INVESTED IN CURRENT YEAR | -50,136. |
| CURRENT YEAR DISTRIBUTION OF PROPERTY | |
| CURRENT YEAR INCOME FROM S CORPORATION | 0. |
| LESS INCOME USED TO RESTORE DEBT BASIS | |
| STOCK BASIS USED FOR BASIS LIMITATION | 19,763. |
| LOSS ALLOWED BY BASIS LIMITATION | 19,763. |
| STOCK BASIS AT END OF YEAR | 0. |

PRINCIPAL AMOUNT OF DEBT S CORP OWES TO SHAREHOLDER AT BEGINNING OF YEAR

| | |
|---|---|
| DEBT BASIS | 0. |
| INCOME USED TO RESTORE DEBT BASIS | |
| LOANS MADE TO S CORP DURING THE YEAR | |
| LOAN REPAYMENTS | |
| DEBT BASIS USED FOR BASIS LIMITATION | 0. |
| LOSS ALLOWED BY BASIS LIMITATION | 0. |
| DEBT BASIS AT END OF YEAR | 0. |

PRINCIPAL AMOUNT OF DEBT S CORP OWES TO SHAREHOLDER AT END OF YEAR

| | (A) CURRENT YEAR LOSS OR DEDUCTION | (B) PRIOR YEAR UNALLOWED BASIS LOSS | (C) LOSS ALLOWABLE BY BASIS LIMITATION | (D) BASIS CARRYOVER |
|---|---|---|---|---|
| **INCOME OR LOSS** | | | | |
| ORDINARY INCOME (LOSS) | 11,879. | 42,928. | 18,716. | 36,091. |
| REGULAR TAX | 11,879. | 42,928. | 18,716. | 36,091. |
| **DEDUCTIONS** | | | | |
| CHARITABLE CONTRIBUTIONS | 1,950. | 95. | 698. | 1,347. |
| NONDEDUCTIBLE EXPENSES | | 349. | 349. | |
| REGULAR TAX | 1,950. | 444. | 1,047. | 1,347. |

| 2007 | FEDERAL STATEMENTS | PAGE 4 |
|------|--------------------|--------|

CLIENT 963                    TERRANCE AND MARIOLA CRONIN                    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

01:28PM

2/12/08

**STATEMENT 6 (CONTINUED)**
**SCHEDULE E, LINE 31**
**BASIS LIMITATION**
**ACTIVITY NAME: IDEAL HOME MORTGAGE, INC**


ALTERNATIVE MINIMUM TAX

| | |
|---|---:|
| ALT MIN TAX BEGINNING BASIS | 69,899. |
| ALT MIN TAX INCOME | |
| CURRENT YEAR ADJUSTMENTS TO BASIS | -50,136. |
| ALT MIN TAX BASIS USED FOR LIMITATION | 19,763. |
| LOSS ALLOWED BY ALT MIN TAX BASIS | 19,763. |
| ALT MIN TAX FINAL BASIS | 0. |

| | ALT MIN TAX LOSS ALLOWED | ALT MIN TAX BASIS CARRYOVER |
|---|---:|---:|
| ALT MIN TAX ORDINARY INCOME (LOSS) | 19,763. | 38,402. |

0   0   — 0   — 36780457011   —08   8

Declaration Control Number (DCN)

**Illinois Department of Revenue**

**IL-8453** Illinois **2007** Individual Income Tax Electronic Filing Declaration

(Do **not** mail Form IL-8453 to the Illinois Department of Revenue unless it is requested for review.)

## Step 1: Provide taxpayer information

Print or type

TERRANCE AND MARIOLA CRONIN

First name and middle initial    Spouse's first name (and last name if different)    Last name

Social Security number    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

1 PINE TREE COURT

Mailing address

Spouse's Social Security number    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

ELMHURST, IL 60126

City    State    ZIP

Daytime phone number

## Step 2: Complete information from tax return

| | | |
|---|---|---|
| 1 Net income from Form IL-1040, Line 13, or Schedule NR, Step 5, Line 55 | 1 | 19,322.00 |
| 2 Tax from Form IL-1040, Line 15 | 2 | 580.00 |
| 3 Illinois Income Tax withheld from Form IL-1040, Line 17 **only** (enter '0' if none) | 3 | 2,272.00 |
| 4 Overpayment from Form IL-1040, Line 30 | 4 | 1,843.00 |
| 5 Total amount due from Form IL-1040, Line 34 | 5 | 00 |

6 Filing status: ___ Single/head of household   X Married filing jointly   ___ Married filing separately   ___ Widowed

## Step 3: Complete direct deposit of refund or electronic funds withdrawal information (Optional)

Note: To initiate a payment or refund transaction, the information in this Step must be included within the electronic transmission.

7 Routing number (RN) ........... 071924513

8 Account number (AN) ........... 7017010366

9 Type of account:  X Checking   ___ Savings

10 Date the payment is to be electronically withdrawn: _____

11 Electronic funds withdrawal amount: _____ 00

12 Name on account:  TERRANCE AND MARIOLA CRONIN

## Step 4: Taxpayer declaration and signature (Sign only after Step 2 and Step 3 (if applicable) is completed.)

[X] I consent that my refund may be directly deposited as designated in Step 3 and declare the information on lines 7 through 9 is correct. If I have filed a joint return, this is an irrevocable appointment of the other spouse as an agent to receive the refund.

[ ] I authorize the Illinois Department of Revenue (IDOR) and its designated financial agent to initiate an ACH electronic funds withdrawal as designated in the electronic portion of my 2007 Illinois income tax return. I authorize the financial institutions involved in the processing of an electronic overpayment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment.

[ ] I do not want direct deposit of my refund, or an electronic funds withdrawal (direct debit) of my balance due.

Under penalties of perjury, I declare the information on my electronic IL-1040 return and the information I provided to my electronic return originator (ERO) are identical. To the best of my knowledge, my return is true, correct, and complete. I consent that my return, this declaration, and accompanying information may be sent to IDOR by my ERO. I authorize IDOR to inform my ERO and/or the transmitter when my return has been accepted or rejected. If rejected, I authorize IDOR to identify the reason(s) so the return may be corrected and retransmitted if possible.

**Sign here**

_____    _____    _____    _____
Your signature    Date    Spouse's signature (if joint return, both must sign)    Date

## Step 5: Electronic return originator (ERO) and paid preparer declaration and signature

I declare that I have examined this taxpayer's electronic IL-1040 return, the information on this Form IL-8453, and accompanying information. I have followed all requirements of this program and declare, under penalties of perjury, that to the best of my knowledge the taxpayer's return and accompanying information are true, correct, and complete.

ERO use only

_____    2/12/08    Check if paid preparer: [X]  (See instructions.)
ERO's signature    Date

JACOBS & JOHNSON LTD.    Your Social Security number (SSN) or PTIN    P00175489

Firm's name or your name if self-employed

1611 W. BELMONT AVENUE    Federal employer identification no. (FEIN)    36-4326682

Mailing address

CHICAGO, IL 60657    Phone number    (773) 528-6668

City    State    ZIP

## Step 6: Attach required documents (e.g., Forms W-2, W-2G, 1099-G, 1099-R, IL-1310, out-of-state returns, etc)

Form **IL-8453** (R-11/07) IG: 3011    ILIA2601L 12/20/07

**Illinois Department of Revenue**
**2007 Form IL-1040**
**Individual Income Tax Return** or for fiscal year ending                    /08

*Do not write above this line.*

### Step 1: Personal Information

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      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
TERRANCE CRONIN
MARIOLA CRONIN
1 PINE TREE COURT
ELMHURST, IL 60126

C  Filing status (see instructions)
☐ Single or head of household   ☒ Married filing jointly   ☐ Married filing separately   ☐ Widowed

### ▼ Step 2: Income

| | | | |
|---|---|---|---|
| 1 | Federal adjusted gross income from your U.S. 1040, Line 37; U.S. 1040A, Line 21; or U.S. 1040EZ, Line 4 | 1 | 23,478. |
| 2 | Federally tax-exempt interest and dividend income from your U.S. 1040 or 1040A, Line 8b; or U.S. 1040EZ | 2 | |
| 3 | Other additions to your income. **Attach** Schedule M | 3 | |
| 4 | Add Lines 1 through 3. This is your total income. | 4 | 23,478. |

### Step 3: Base Income

| | | | |
|---|---|---|---|
| 5 | Income received from Social Security benefits and certain retirement plans if included in Step 2, Line 1. Attach federal page 1. | 5 | |
| 6 | Military pay earned if included in Step 2, Line 1. **Attach** military W-2. | 6 | |
| 7 | Illinois Income Tax overpayment included in U.S. 1040, Line 10. | 7 | 156. |
| 8 | U.S. Treasury bonds, bills, notes, savings bonds, and U.S. agency interest from U.S. 1040, Schedule B, or U.S. 1040A, Schedule 1. | 8 | |
| 9 | Other subtractions to your income. **Attach** Schedule M. | 9 | |
| | Check if Line 9 includes any amount from Schedule 1299-C ... ☐ | | |
| 10 | Add Lines 5 through 9. This is the total of your subtractions | 10 | 156. |
| 11 | Subtract Line 10 from Line 4. This is your Illinois **base income** | 11 | 23,322. |

### ▼ Step 4: Exemptions

See instructions before completing Line 12.

| | | | | |
|---|---|---|---|---|
| 12a | Number of exemptions from your federal return ....... 2 x $2,000 | a | | 4,000. |
| b | If someone else claimed or could have claimed you or your spouse as a dependent on their return, see instructions to figure the number to enter here....... x $2,000 | b | | |
| c | Check if 65 or older: ☐ You + ☐ Spouse = ___ x $1,000 | c | | |
| d | Check if legally blind: ☐ You + ☐ Spouse = ___ x $1,000 | d | | |
| | Add Lines a through d. This is your total Illinois exemption allowance | | 12 | 4,000. |

### ▼ Step 5: Net Income

| | | | |
|---|---|---|---|
| 13 | *Residents only:* Subtract Line 12 from Line 11. This is your net income. *Skip Line 14* | 13 | 19,322. |
| 14 | *Nonresidents and part-year residents only:* Check the box that applies to you during 2007............... ☐ Nonresident  ☐ Part-year resident, and enter the Illinois base income from Schedule NR. Attach Schedule NR. .......... 14 | | |

### ▼ Step 6: Tax

| | | | |
|---|---|---|---|
| 15 | *Residents:* Multiply Line 13 by 3% (.03). Enter the result here. This is your **tax.** *Nonresidents and part-year residents:* Enter the tax from Schedule NR. **This amount may not be less than zero.** | 15 | 580. |

This form is authorized as outlined by the Illinois Income Tax Act. Disclosure of this information is REQUIRED. Failure to provide information could result in a penalty. This form has been approved by the Forms Management Center. IL-492-0065

Form **IL-1040** (Rev-12/07) ID: 3011          ILIA0110L  12/26/07

TERRANCE CRONIN                                                    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

| | | | | |
|---|---|---|---|---|
| 16 | Tax amount from Page 1, Step 6, Line 15 . . . . . . . . . . . . . . . . . . . . . | 16 | | 580. |

**Step 7:   Payments and Credits**

| | | | |
|---|---|---|---|
| 17 | Illinois Income Tax withheld. **Attach** W-2 and 1099 forms . . . . . . | 17 | 2,272. |
| 18 | Estimated payments from Forms IL-505-I and IL-1040-ES including overpayment applied from Line 31 of your 2006 return. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 18 | |
| 19 | Income tax paid to another state while an Illinois resident. **Attach Schedule CR** and other states' returns. . . . . . . . . . . . | 19 | |
| 20 | Illinois Property Tax credit. **Complete the PT Worksheet in instructions.** | | |
| | PT Worksheet Line 3 amount. . . . . . . . . . . . **20 a** | 3,020. | |
| | PT Worksheet Line 8 amount. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 20b | 151. |
| 21 | K-12 education expense credit. **Complete ED Worksheet in instructions or Schedule ED. Attach** receipt or Schedule ED. | | |
| | ED Worksheet or Schedule ED Line 1 amount . . . . . . . . . . . **21 a** | | |
| | ED Worksheet  or Schedule ED Line 10 amount . . . . . . . . . . . | 21b | |
| 22 | Earned Income Credit. **Complete EIC Worksheet in instructions.** | | |
| | EIC Worksheet Line 1 amount . . . . . . . . . . **22 a** | | |
| | EIC Worksheet Line 4 amount . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 22b | |
| 23 | Income tax credit amount from Schedule 1299-C. **Attach** Schedule 1299-C. . . . . | 23 | |
| 24 | Add Lines 17, 18, 19, 20b, 21b, 22b, and 23. This is the total of your payments and credits. . . . . . . . . . . . | 24 | 2,423. |

*Nonresidents may not claim a credit on Lines 19, 20, or 21.*

*The total of Lines 19, 20b, and 21b may not exceed the tax amount on Line 16.*

**Step 8:   Overpayment or Tax Due**

| | | | |
|---|---|---|---|
| 25 | If Line 24 is greater than Line 16, subtract Line 16 from Line 24. This is your **overpayment**. . . . . . . . . . . . . . . . | 25 | 1,843. |
| 26 | If Line 16 is greater than Line 24, subtract Line 24 from Line 16. This is your **tax due** . . . . . . . . . . . . . . . . . . . | 26 | |

**Step 9:   Penalty**

| | | | |
|---|---|---|---|
| 27 | Late-payment penalty for underpayment of estimated tax . . . . . . | 27 | |
| **a** | Check if you annualized your income on Form IL-2210, Step 6, or if you are 65 or older and permanently living in a nursing home. **Attach Form IL-2210** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ | | |
| **b** | Check if at least two-thirds of your federal gross income is from farming . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ | | |

**Step 10:   Donations**   *Any donation will reduce your refund or increase the amount you owe*

*Make 'Giving' Easy!*

| | | |
|---|---|---|
| 28 | Amount you wish to donate to one or more of the following voluntary contribution funds: | |

| | | | | | |
|---|---|---|---|---|---|
| Wildlife | **a** | Breast Cancer | **e** | Diabetes | **i** |
| Child Abuse | **b** | Multiple Sclerosis | **f** | Autoimmune | **j** |
| Alzheimer's | **c** | Military Family | **g** | Lung Cancer | **k** |
| Homeless | **d** | IL Veterans' Home | **h** | | |

| | | | |
|---|---|---|---|
| | Add Lines a through k. This is your donations total. . . . . . . . . . . . . . . | 28 | |
| 29 | Add Line 27 and Line 28. This is your total penalty and donations. . . . . . . . . . . . . . . . . . . . . . | 29 | |

**Step 11:   Refund or Amount You Owe**

| | | | |
|---|---|---|---|
| 30 | If you have an overpayment on Line 25 and this amount is greater than Line 29, subtract Line 29 from Line 25. . . . . . . . . . . . | 30 | 1,843. |
| 31 | Amount from Line 30 that you applied to 2008 estimated tax . . . . . . . . . . . . . . . . . . . | 31 | |
| 32 | Subtract Line 31 from Line 30. This is your **refund**. . . . . . . . . . . . . . . . . . . . . . | 32 | 1,843. |

*Direct Deposit* ▶

| | |
|---|---|
| 33 | Complete to direct deposit your refund |
| | Routing number   071924513   [X] Checking or  ☐ Savings |
| | Account number   7017010366 |

*See instructions for payment options.*

| | | | |
|---|---|---|---|
| 34 | If you have tax due on Line 26, add Lines 26 and 29. **or** If you have an overpayment on Line 25 and this amount is less than Line 29, subtract Line 25 from Line 29. This is the **amount you owe** . . . . . . . . . . . . . . . . . . . . . | 34 | |

**Step 12:   Sign and Date**

Under penalties of perjury, I state that I have examined this return and, to the best of my knowledge, it is true, correct, and complete.

| Your signature | Date | Daytime phone number | Your spouse's signature | Date |
|---|---|---|---|---|
| | 2/12/08 | (773) 528-6668 | 36-4326682 | |

| Paid preparer's signature | Date | Preparer's phone number | Preparer's FEIN, SSN, or PTIN |
|---|---|---|---|
| JACOBS & JOHNSON LTD, 1611 W. BELMONT AVENUE CHICAGO, IL 60657 | | | |

If no payment enclosed, mail to:
ILLINOIS DEPARTMENT OF REVENUE
SPRINGFIELD, IL 62719-0001

If payment enclosed, mail to:
ILLINOIS DEPARTMENT OF REVENUE
SPRINGFIELD, IL 62726-0001

DR _____   AP _____   CA  DE  EV  ME  MO  PR  RM  RR  TT  TV  WA  WT  WV  ZZ  iD _____

Form IL-1040 (Rev. 12/07) ID: 3011                    ILIA0112L  12/26/07

| 2007 | FEDERAL INCOME TAX SUMMARY | PAGE 1 |
|---|---|---|

CLIENT 963      **TERRANCE AND MARIOLA CRONIN**      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

2/12/08                                                                1:28 PM

|  | 2007 | 2006 | DIFF |
|---|---|---|---|
| **INCOME** | | | |
| WAGES, SALARIES, TIPS, ETC | 78,224 | 110,527 | -32,303 |
| INTEREST INCOME | 0 | 111 | -111 |
| REFUNDS OF STATE AND LOCAL TAXES | 156 | 0 | 156 |
| TAXABLE IRA DISTRIBUTIONS | 0 | 23,832 | -23,832 |
| RENT, ROYALTY, PARTNERSHIP, SCORP, TRUST | -54,902 | -4,607 | -50,295 |
| TOTAL INCOME | 23,478 | 129,863 | -106,385 |
| **ADJUSTMENTS TO INCOME** | | | |
| TOTAL ADJUSTMENTS | 0 | 0 | 0 |
| ADJUSTED GROSS INCOME | 23,478 | 129,863 | -106,385 |
| **ITEMIZED DEDUCTIONS** | | | |
| MEDICAL & DENTAL | 3,631 | 0 | 3,631 |
| TAXES | 5,292 | 6,120 | -828 |
| INTEREST | 15,369 | 15,949 | -580 |
| CONTRIBUTIONS | 1,898 | 1,800 | 98 |
| TOTAL ITEMIZED DEDUCTIONS | 26,190 | 23,869 | 2,321 |
| **TAX COMPUTATION** | | | |
| STANDARD DEDUCTION | 10,700 | 10,300 | 400 |
| LARGER OF ITEMIZED OR STANDARD DEDUCTION | 26,190 | 23,869 | 2,321 |
| INCOME PRIOR TO EXEMPTION DEDUCTION | -2,712 | 105,994 | -108,706 |
| EXEMPTION DEDUCTION | 6,800 | 6,600 | 200 |
| TAXABLE INCOME | -9,512 | 99,394 | -108,906 |
| TAX BEFORE CREDITS | 0 | 17,959 | -17,959 |
| **CREDITS** | | | |
| TOTAL CREDITS | 0 | 0 | 0 |
| TAX AFTER CREDITS | 0 | 17,959 | -17,959 |
| **OTHER TAXES** | | | |
| TAX ON IRAS, OTHER QUAL. RET. PLANS, ETC | 0 | 2,383 | -2,383 |
| TOTAL TAX | 0 | 20,342 | -20,342 |
| **PAYMENTS** | | | |
| FEDERAL INCOME TAX WITHHELD | 8,999 | 16,206 | -7,207 |
| ESTIMATED TAX PAYMENTS | 1,395 | 0 | 1,395 |
| CREDIT FOR FEDERAL TELEPHONE EXCISE TAX | 0 | 40 | -40 |
| TOTAL PAYMENTS | 10,394 | 16,246 | -5,852 |
| **REFUND OR AMOUNT DUE** | | | |
| AMOUNT OVERPAID | 10,394 | 0 | 10,394 |
| UNDERPAYMENT PENALTY | 0 | 111 | -111 |
| AMOUNT REFUNDED TO YOU | 10,394 | 0 | 10,394 |
| AMOUNT YOU OWE | 0 | 4,207 | -4,207 |
| **TAX RATES** | | | |
| MARGINAL TAX RATE | 0.0% | 25.0% | -25.0% |
| EFFECTIVE TAX RATE | 0.0% | 20.5% | -20.5% |

## 2007       ILLINOIS INCOME TAX SUMMARY       PAGE 1

**CLIENT 963**       **TERRANCE AND MARIOLA CRONIN**       **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**

2/12/08                                                 1:28 PM

|  | 2007 | 2006 | DIFF |
|---|---:|---:|---:|
| **FEDERAL ADJUSTED GROSS INCOME** | | | |
| FEDERAL ADJUSTED GROSS INCOME | 23,478 | 129,863 | -106,385 |
| **SUBTRACTIONS FROM INCOME** | | | |
| RETIREMENT AND SOCIAL SECURITY INCOME | 0 | 23,832 | -23,832 |
| ILLINOIS INCOME TAX REFUND | 156 | 0 | 156 |
| TOTAL SUBTRACTIONS | 156 | 23,832 | -23,676 |
| ILLINOIS BASE INCOME | 23,322 | 106,031 | -82,709 |
| **TAX AND WITHHOLDING** | | | |
| NUMBER OF EXEMPT. * $2000 | 4,000 | 4,000 | 0 |
| NET INCOME | 19,322 | 102,031 | -82,709 |
| TAX | 580 | 3,061 | -2,481 |
| ILLINOIS INCOME TAX WITHHELD | 2,272 | 3,121 | -849 |
| CREDIT FOR ILLINOIS PROPERTY TAX | 151 | 96 | 55 |
| TOTAL PAYMENTS AND CREDITS | 2,423 | 3,217 | -794 |
| OVERPAYMENT | 1,843 | 156 | 1,687 |
| **REFUND OR AMOUNT DUE** | | | |
| AMOUNT OVERPAID | 1,843 | 156 | 1,687 |
| AMOUNT REFUNDED TO YOU | 1,843 | 156 | 1,687 |
| AMOUNT YOU OWE | 0 | 0 | 0 |
| **TAX RATES** | | | |
| MARGINAL TAX RATE | 3.0% | 3.0% | 0.0% |
| EFFECTIVE TAX RATE | 1.8% | 2.8% | -1.0% |

| 2007 | GENERAL INFORMATION | PAGE 1 |
|------|---------------------|--------|
| CLIENT 963 | TERRANCE AND MARIOLA CRONIN | 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 |

2/12/08                                                                          01:28PM

**FORMS NEEDED FOR THIS RETURN**

FEDERAL:  1040, SCH A, SCH E, SCH E P2, 4562, 4952
ILLINOIS: IL-1040, IL-8453

---

**TAX RATES**

|         | MARGINAL | EFFECTIVE |
|---------|----------|-----------|
| FEDERAL | 0.%      | 0.%       |
| ILLINOIS| 3.0%     | 1.8%      |

---

**CARRYOVERS TO 2008**

FEDERAL CARRYOVERS

| | |
|---|---|
| BASIS LOSSES | 37,438. |
| AMT BASIS LOSSES | 38,402. |
| INVESTMENT INTEREST - SCH. A | 20,803. |
| AMT INVESTMENT INTEREST - SCH. A | 20,803. |

ILLINOIS CARRYOVERS

| | |
|---|---|
| BASIS LOSSES | 37,438. |

YOUR BANKING

EARNINGS
COMMISSION

| | TOTAL EARNINGS | | 3107.16 | 7446.10 |
|---|---|---|---|---|
| FILING STATUS | TAX TYPE | AMOUNT | YTD AMOUNT | |

EMPLOYER INFORMATION
FIRST SUBURBAN MORTGAGE CORP
450 E 22ND    STE 170
LOMBARD,IL  60148

| FILING STATUS | TAX TYPE | AMOUNT | YTD AMOUNT |
|---|---|---|---|
| | SOC SEC | 192.64 | 461.65 |
| | MEDICARE | 45.05 | 107.97 |
| S 00 | FEDERAL | 602.79 | 1134.00 |
| S 00 | IL | 93.22 | 223.39 |

PAY PERIOD 09/16/08 TO 09/30/08
CHECK DATE 10/15/08   CHECK #  2662

| | TOTAL WITHHOLDINGS | | 933.70 | 1927.01 |
|---|---|---|---|---|
| PERSONAL INFORMATION | ADJUSTMENTS | AMOUNT | YTD AMOUNT | |

FOLD AND REMOVE

FOLD AND REMOVE
YOUR BANKING

| EARNINGS | HOURS | RATE | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|
| COMMISSION | | | 1924.81 | |

EMPLOYER INFORMATION
FIRST SUBURBAN MORTGAGE CORP
450 E 22ND    STE 170
LOMBARD,IL  60148

| | TOTAL EARNINGS | | 1924.81 | 9370.91 |
|---|---|---|---|---|
| FILING STATUS | TAX TYPE | AMOUNT | YTD AMOUNT | |
| | SOC SEC | 119.34 | 580.99 | |
| | MEDICARE | 27.91 | 135.88 | |
| S 00 | FEDERAL | 302.20 | 1441.20 | |
| S 00 | IL | 57.74 | 281.13 | |

PAY PERIOD 10/01/08 TO 10/15/08
CHECK DATE 10/31/08   CHECK #  2670

| | TOTAL WITHHOLDINGS | | 512.19 | 2439.20 |
|---|---|---|---|---|
| PERSONAL INFORMATION | ADJUSTMENTS | AMOUNT | YTD AMOUNT | |

| | | | | | Pay Date: |
|---|---|---|---|---|---|
| | | | | | 10/2/2008 |

| Description | Rate | Hours | Current | Y-T-D | Taxes/Deds. | Current | Y-T-D |
|---|---|---|---|---|---|---|---|
| SCHD PTO | 39.8600 | 80.00 | $3,188.80 | $8,160.97 | FEDERAL | $313.72 | $6,726.79 |
| EMPDLIFE | | | $2.28 | $44.82 | ILLINOIS | $83.72 | $1,719.28 |
| REGULAR | | | $0.00 | $50,882.18 | MEDICARE | $44.36 | $909.91 |
| ONCALLPY | | | $0.00 | $2,318.73 | SOC SEC | $189.66 | $3,890.65 |
| OVERTIME | | | $0.00 | $1,407.19 | PARKING | $23.75 | $460.00 |
| CALLIN | | | $0.00 | $1,252.58 | DTLPPOE1 | $11.66 | $233.20 |
| NSCHDPTO | | | $0.00 | $627.72 | HP500 E1 | $90.00 | $1,800.00 |
| WKDSHIFT | | | $0.00 | $388.57 | RSP401K | $191.33 | $3,905.00 |
| 07 AWARD | | | $0.00 | $250.00 | VISION | $6.61 | $132.20 |
| NGTSHIFT | | | $0.00 | $33.08 | OPT ADD | $3.46 | $69.20 |
| EVESHIFT | | | $0.00 | $12.02 | FEDLEVY | | $1,837.16 |
| UNPD HRS | | | $0.00 | $0.00 | OPTLF EE | | $222.60 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PTO BAL | | 19.73 | | | TCF BANK | $2,138.21 | |
| | | | | | WELLSFRG | $92.32 | |

| | Earnings | Taxes | Deds. | Net Pay |
|---|---|---|---|---|
| Current | $3,191.08 | $631.46 | $326.81 | $2,230.53 |
| YTD | $65,377.86 | | | $43,427.05 |

| Pay Per. End | CDNo | CDAmt |
|---|---|---|
| 09-27-08 | 02058180 | $2,230.53 |

ADVOCATE HEALTH & HOSPITALS

ILLINOIS MASONIC MEDICAL CENTE

20057 4070 3401783

CRONIN, MARIOLA B.

1 PINE TREE COURT

ELMHURST IL 60126

| Pay Date: |
|---|
| 9/18/2008 |

| Description | Rate | Hours | Current | Y-T-D | Taxes/Deds. | Current | Y-T-D |
|---|---|---|---|---|---|---|---|
| REGULAR | 39.8600 | 69.77 | $2,781.03 | $50,882.18 | FEDERAL | $257.81 | $6,413.07 |
| WKDSHIFT | 1.5000 | 7.50 | $11.25 | $388.57 | ILLINOIS | $72.54 | $1,635.56 |
| EMPDLIFE | | | $2.28 | $42.54 | MEDICARE | $38.60 | $865.55 |
| SCHD PTO | | | $0.00 | $4,972.17 | SOC SEC | $165.08 | $3,700.99 |
| ONCALLPY | | | $0.00 | $2,318.73 | PARKING | $23.75 | $436.25 |
| OVERTIME | | | $0.00 | $1,407.19 | DTLPPOE1 | $11.66 | $221.54 |
| CALLIN | | | $0.00 | $1,252.58 | HP500 E1 | $90.00 | $1,710.00 |
| NSCHDPTO | | | $0.00 | $627.72 | RSP401K | $167.54 | $3,713.67 |
| 07 AWARD | | | $0.00 | $250.00 | VISION | $6.61 | $125.59 |
| NGTSHIFT | | | $0.00 | $33.08 | OPT ADD | $3.46 | $65.74 |
| EVESHIFT | | | $0.00 | $12.02 | FEDLEVY | | $1,837.16 |
| UNPD HRS | | | $0.00 | $0.00 | OPTLF EE | | $222.60 |
| PTO BAL | | 90.81 | | | TCF BANK | $1,862.91 | |
| | | | | | WELLSFRG | $92.32 | |

| | Earnings | Taxes | Deds. | Net Pay |
|---|---|---|---|---|
| Current | $2,794.56 | $534.03 | $303.02 | $1,955.23 |
| YTD | $62,186.78 | | | $41,196.52 |

| Pay Per. End | CDNo | CDAmt |
|---|---|---|
| 09-13-08 | 02035265 | $1,955.23 |

ADVOCATE HEALTH & HOSPITALS

ILLINOIS MASONIC MEDICAL CENTE

20057 4070 3401783

CRONIN, MARIOLA B.

1 PINE TREE COURT

ELMHURST IL 60126

Payroll Reporting - Advance Stub

Pay Date:
10/16/2008

| Description | Rate | Hours | Current | Y-T-D | Taxes/Deds. | Current | Y-T-D |
|---|---|---|---|---|---|---|---|
| REGULAR | 39.8600 | 79.28 | $3,160.10 | $54,042.28 | FEDERAL | $398.03 | $7,124.82 |
| ONCALLPY | 3.0000 | 105.00 | $315.00 | $2,633.73 | ILLINOIS | $95.96 | $1,815.24 |
| CALLIN | 59.7900 | 2.00 | $119.58 | $1,372.16 | MEDICARE | $50.65 | $960.56 |
| WKDSHIFT | 1.5000 | 16.00 | $24.00 | $412.57 | SOC SEC | $216.56 | $4,107.21 |
| EVESHIFT | 2.0000 | 2.00 | $4.00 | $16.02 | PARKING | $23.75 | $483.75 |
| EMPDLIFE | | | $2.28 | $47.10 | DTLPPOE1 | $11.66 | $244.86 |
| SCHD PTO | | | $0.00 | $8,160.97 | HP500 E1 | $90.00 | $1,890.00 |
| OVERTIME | | | $0.00 | $1,407.19 | RSP401K | $217.36 | $4,122.36 |
| NSCHDPTO | | | $0.00 | $627.72 | VISION | $6.61 | $138.81 |
| 07 AWARD | | | $0.00 | $250.00 | OPT ADD | $3.46 | $72.66 |
| NGTSHIFT | | | $0.00 | $33.08 | OPTLF EE | $11.25 | $233.85 |
| UNPD HRS | | | $0.00 | $0.00 | FEDLEVY | | $1,837.16 |
| PTO BAL | | 28.65 | | | TCF BANK | $2,405.07 | |
| | | | | | WELLSFRG | $92.32 | |

| | Earnings | Taxes | Deds. | Net Pay |
|---|---|---|---|---|
| Current | $3,624.96 | $761.20 | $364.09 | $2,497.39 |
| YTD | $69,002.82 | | | $45,924.44 |

| Pay Per. End | CDNo | CDAmt |
|---|---|---|
| 10-11-08 | 02081134 | $2,497.39 |

ADVOCATE HEALTH & HOSPITALS
ILLINOIS MASONIC MEDICAL CENTE
20057 4070 3401783

CRONIN, MARIOLA B.
1 PINE TREE COURT
ELMHURST IL 60126

| | | | | | Pay Date: |
| | | | | | 10/30/2008 |

| Description | Rate | Hours | Current | Y-T-D | Taxes/Deds. | Current | Y-T-D |
|---|---|---|---|---|---|---|---|
| REGULAR | 39.8600 | 69.77 | $2,781.03 | $56,823.31 | FEDERAL | $472.01 | $7,596.83 |
| NSCHDPTO | 39.8600 | 8.00 | $318.88 | $946.60 | ILLINOIS | $104.84 | $1,920.08 |
| ONCALLPY | 3.0000 | 101.50 | $304.50 | $2,938.23 | MEDICARE | $53.43 | $1,013.99 |
| CALLIN | 59.7900 | 4.00 | $239.16 | $1,611.32 | SOC SEC | $228.49 | $4,335.70 |
| OVERTIME | 62.3800 | 1.77 | $110.41 | $1,517.60 | DTLPPOE1 | $11.66 | $256.52 |
| WKDSHIFT | 1.5000 | 19.50 | $29.25 | $441.82 | HP500 E1 | $90.00 | $1,980.00 |
| EVESHIFT | 2.0000 | 4.00 | $8.00 | $24.02 | RSP401K | $113.74 | $4,236.10 |
| EMPDLIFE | | | $2.28 | $49.38 | VISION | $6.61 | $145.42 |
| SCHD PTO | | | $0.00 | $8,160.97 | PARKING | | $483.75 |
| 07 AWARD | | | $0.00 | $250.00 | OPT ADD | $3.46 | $76.12 |
| NGTSHIFT | | | $0.00 | $33.08 | OPTLF EE | $11.25 | $245.10 |
| UNPD HRS | | | $0.00 | $0.00 | FEDLEVY | | $1,837.16 |
| PTO BAL | | 29.57 | | | TCF BANK | $2,445.74 | |
| | | | | | WELLSFRG | $250.00 | |

| | Earnings | Taxes | Deds. | Net Pay | | Pay Per. End | CDNo | CDAmt |
|---|---|---|---|---|---|---|---|---|
| Current | $3,793.51 | $858.77 | $236.72 | $2,695.74 | | 10-25-08 | 02104122 | $2,695.74 |
| YTD | $72,796.33 | | | $48,620.18 | | | | |

ADVOCATE HEALTH & HOSPITALS

ILLINOIS MASONIC MEDICAL CENTE

20057 4070 3401783

CRONIN, MARIOLA B.

1 PINE TREE COURT

ELMHURST IL 60126

B6H (Official Form 6H) (12/07)

IN RE Cronin, Terrance & Cronin, Mariola                                    Case No. _____
                        Debtor(s)                                                                      (If known)

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07)

**IN RE** Cronin, Terrance & Cronin, Mariola _____ Case No. _____
                Debtor(s)                                                  (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

    Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Joe Evans** | **Land contract on 4840 Butterfield Rd, Hillside, IL (commercial property)** |
| **Chris** | **Residential ease.  Debtor is landlord.** |
| **Bill Costos** | **Residential lease.  Debtor is landlord.** |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**

**Northern District of Illinois**

IN RE:                                                              Case No. _____

__Cronin, Terrance & Cronin, Mariola_____      Chapter **7**_____
                        Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept .................................................................. $ _____ **676.00**

    Prior to the filing of this statement I have received ........................................................ $ _____ **676.00**

    Balance Due ............................................................................................. $ _____ **0.00**

2.  The source of the compensation paid to me was:  ☑ Debtor  ☐ Other (specify):

3.  The source of compensation to be paid to me is:  ☐ Debtor  ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above disclosed fee does not include the following services:
    **Litigation / Adversary Proceedings**
    **$400.00 for Motions to Redeem**
    **Credit Counseling Fees**

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____**January 26, 2009**_____      **/s/ Nicolette Robovsky**_____
                        Date                                        **Nicolette Robovsky 6278336**
                                                                    **Gleason & Gleason**
                                                                    **77 W Washington, Ste 1218**
                                                                    **Chicago, IL  60602**
                                                                    **(312) 578-9530  Fax: (312) 578-9524**

Certificate Number: <u>00437-ILN-CC-005350952</u>

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>November 7, 2008</u>, at <u>9:24</u> o'clock <u>AM MST</u>,

<u>Terrance A Cronin</u> received from

<u>Black Hills Children's Ranch, Inc.</u>,

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

<u>Northern District of Illinois</u>, an individual [or group] briefing that complied

with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of

the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet and telephone</u>.

Date: <u>November 7, 2008</u>          By       <u>/s/Sharon Pederson</u>

Name   <u>Sharon Pederson</u>

Title    <u>Credit Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy
Code are required to file with the United States Bankruptcy Court a completed certificate of
counseling from the nonprofit budget and credit counseling agency that provided the individual
the counseling services and a copy of the debt repayment plan, if any, developed through the
credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

Certificate Number: <u>00437-ILN-CC-005353043</u>

## CERTIFICATE OF COUNSELING

I CERTIFY that on <u>November 7, 2008</u>, at <u>12:41</u> o'clock <u>PM MST</u>,

<u>Mariola B. Cronin</u> received from

<u>Black Hills Children's Ranch, Inc.</u>,

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

<u>Northern District of Illinois</u>, an individual [or group] briefing that complied

with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of

the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet and telephone</u>.

Date: <u>November 7, 2008</u>

By    <u>/s/Sully Serrano</u>

Name  <u>Sully Serrano</u>

Title  <u>Credit Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

United States Bankruptcy Court
Northern District of Illinois

IN RE:                                                    Case No. _____

Cronin, Terrance & Cronin, Mariola                        Chapter 7 _____
                        Debtor(s)

## DECLARATION REGARDING ELECTRONIC FILING
Signed by Debtor(s) or Corporate Representative
### To Be Used When Filing over the Internet

                                                    Date: November 20, 2008

PART I - DECLARATION OF PETITIONER
A. To be completed in all cases.

I(We) Terrance Cronin _____ and Mariola Cronin _____ , the undersigned debtor(s), corporate officer, partner, or member, hereby declare under penalty of perjury that the information I(we) have given my (our)attorney, including correct social security number(s) and the information provided in the electronically filed petition, statements, schedules, and if applicable, application to pay filing fee in installments, is true and correct. I(we) consent to my(our) attorney sending the petition, statements, schedules, and this DECLARATION to the United States Bankruptcy Court. I(we) understand that this DECLARATION must be filed with the Clerk in addition to the petition. I(we) understand that failure to file this DECLARATION will cause this case to be dismissed pursuant to 11 U.S.C. sections 707(a) and 105.

B. To be checked and applicable only if the petitioner is an individual (or individuals) whose debts are primarily consumer debts and who has (or have) chosen to file under chapter 7.

☑  I(we) am(are) aware that I(we) may proceed under chapter 7, 11, 12, or 13 of Title 11 United States Code; I(we) understand the relief available under each such chapter; I(we) choose to proceed under chapter 7; and I(we) request relief in accordance with chapter 7.

C. To be checked and applicable only if the petition is a corporation, partnership, or limited liability entity.

☐  I declare under penalty of perjury that the information provided in this petition is true and correct and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter specified in the petition.

Signature _____                Signature _____
        (Debtor or Corporate Officer, Partner or Member)              (Joint Debtor)